UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PENOBSCOT NATION, | ) | |
| | ) | |
| Plaintiff, | ) | Docket # 1:12-cv-00254-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**EXHIBIT A**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PENOBSCOT NATION,

          Plaintiff,

v.

WILLIAM SCHNEIDER, et al.,

          Defendants

Docket No. 1:12-cv-00254-GZS

### AFFIDAVIT OF STEPHEN M. BOST

1. My name is Stephen M. Bost. I am City Manager of the City of Brewer, Maine.

2. Brewer is a Maine municipality located on the Penobscot River. Brewer owns and operates a wastewater treatment plant that discharges treated wastewater to the Penobscot River.

3. Brewer's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect upstream reaches of the Penobscot River.

_____
Stephen M. Bost

Date: _12-14-12_

STATE OF MAINE
_Penobscot_____, SS

{W3389934.1}

Personally appeared before me on the 14 day of Dec., 2012, the above named, Stephen M. Bost, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

_____
Notary Public/Attorney at Law

Print Name and Title
My Commission Expires

PAMELA J. RYAN
NOTARY PUBLIC - MAINE
MY COMMISSION EXPIRES
DECEMBER 30, 2016

{W3389934.1}

2