UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, ) | |
| ) | |
| Plaintiff, ) | Docket # 1:12-cv-00254-GZS |
| ) | |
| v. ) | |
| ) | |
| WILLIAM SCHNEIDER, et al., ) | |
| ) | |
| Defendants ) | |

**EXHIBIT B**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>            Plaintiff,<br><br>v.<br><br>WILLIAM SCHNEIDER, et al.,<br><br>            Defendants | Docket No. 1:12-cv-00254-GZS |

### AFFIDAVIT OF
### MICHAEL BRENNAN

1. My name is Michael Brennan. I am Town Manager of the Town of Bucksport, Maine.

2. Bucksport is a Maine municipality located on the Penobscot River. Bucksport owns and operates a wastewater treatment plant that discharges treated wastewater to the Penobscot River.

3. Bucksport's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect upstream reaches of the Penobscot River.

_____
Michael Brennan

Date: 12-27-12

STATE OF MAINE

{W3433275.1}

Hancock_____, ss

Personally appeared before me on the 27 day of Dec_____, 2012, the above named, Michael Brennan, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

                                  Before me,

                                  _Jacquelynn L. Hunt_____
                                  Notary Public/Attorney at Law

                                  Jacquelynn L. Hunt
                                  Notary Public
Print Name and Title      State of Maine
My Commission Expires:  My Commission Expires 10/01/2016

{W3433275.1}