UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, ) | |
| ) | |
| Plaintiff, ) | Docket # 1:12-cv-00254-GZS |
| ) | |
| v. ) | |
| ) | |
| WILLIAM SCHNEIDER, et al., ) | |
| ) | |
| Defendants ) | |

**EXHIBIT C**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM SCHNEIDER, et al.,<br><br>    Defendants | Docket No. 1:12-cv-00254-GZS |

## AFFIDAVIT OF KENNETH NYDAM

1. My name is Kenneth Nydam. I am Business Manager for the West Enfield Energy Center in West Enfield, Maine.

2. Covanta Maine, LLC, a wholly-owned subsidiary of Covanta Energy Corporation ("Covanta") owns and operates the West Enfield Energy Center in West Enfield, Maine, located on the Penobscot River. The West Enfield Energy Center is a wood-fueled electric generating facility that discharges treated wastewater to the Penobscot River.

3. Covanta's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_____
Kenneth Nydam

Date: 2/11/2013

{W3433303.1}

STATE OF MASSACHUSETTS
_Essex_, SS

Personally appeared before me on the \_11\_ day of _February_ 2013, the above named, Kenneth Nydam, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

*Mary Scally*
Notary Public/Attorney at Law

**MARY SCALLY**
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 2, 2014

_Mary Scally_  _Notary Public_
Print Name and Title
My Commission Expires: _May 2, 2014_