UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM SCHNEIDER, et al., )<br>)<br>Defendants ) | Docket # 1:12-cv-00254-GZS |

**EXHIBIT D**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM SCHNEIDER, et al.,<br><br>          Defendants | Docket No. 1:12-cv-00254-GZS |

### AFFIDAVIT OF
### CLINT LINSCOTT

1.     My name is Clint Linscott. I am Chairman of the Board of Selectmen for the Town of East Millinocket, Maine.

2.     East Millinocket is a Maine municipality located on the West Branch of the Penobscot River. East Millinocket owns and operates a wastewater treatment plant that discharges treated wastewater to the West Branch of the Penobscot River.

3.     East Millinocket's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the West Branch of the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_____
Clint Linscott

Date: DECEMBER 10, 2012

{W3433321.2}

STATE OF MAINE
PENOBSCOT CTY, SS

Personally appeared before me on the 10th day of DECEMBER 2012, the above named, Clint Linscott, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

_Cheryl A. Deveau_
Notary Public/Attorney at Law

CHERYL DEVEAU, NOTARY
Print Name and Title
My Commission Expires: CHERYL A. DEVEAU
MY COMMISSION EXPIRES
JULY 18, 2017

{W3433321.2}

2