UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, | ) |
| | ) |
| Plaintiff, | )  Docket # 1:12-cv-00254-GZS |
| | ) |
| v. | ) |
| | ) |
| WILLIAM SCHNEIDER, et al., | ) |
| | ) |
| Defendants | ) |

**EXHIBIT E**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>               Plaintiff,<br><br>v.<br><br>WILLIAM SCHNEIDER, et al.,<br><br>               Defendants | Docket No. 1:12-cv-00254-GZS |

### AFFIDAVIT OF
### RICHARD CYR

1.  My name is Richard Cyr. I am President of Great Northern Paper Company, LLC ("GNP").

2.  GNP owns the pulp and paper mills in Millinocket and East Millinocket, Maine, located on the West Branch of the Penobscot River. GNP owns and operates the mills' wastewater treatment plants, which discharge treated wastewater to the West Branch of the Penobscot River and to Millinocket Stream, a tributary to the West Branch.

3.  GNP's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the West Branch of the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_____
Richard Cyr

Date: 11-30-12

{W3433336.1}

STATE OF ~~MAINE~~ New Hampshire
Rockingham , SS

Personally appeared before me on the 30th day of November, 2012, the above named, Richard Cyr, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

_____
Notary Public/~~Attorney at Law~~

Alexandra K. Ritchie
Print Name and Title
My Commission Expires: July 28, 2015

{W3433336.1}

2