UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, | ) |
| | ) |
| Plaintiff, | )   Docket # 1:12-cv-00254-GZS |
| | ) |
| v. | ) |
| | ) |
| WILLIAM SCHNEIDER, et al., | ) |
| | ) |
| Defendants | ) |

**EXHIBIT F**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM SCHNEIDER, et al., <br><br> Defendants | Docket No. 1:12-cv-00254-GZS |

### AFFIDAVIT OF
### FRANK P. RUKSZNIS

1. My name is Frank Ruksznis. I am Superintendent of the Guilford-Sangerville Sanitary District ("GSSD").

2. GSSD is a sanitary district located in Guilford, Maine, that owns and operates a wastewater treatment plant that discharges treated wastewater to the Piscataquis River, a tributary to the Penobscot River.

3. GSSD's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Piscataquis River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_____
Frank P. Ruksznis

Date: 11-30-12

{W3433832.1}

STATE OF MAINE
Piscataquis , SS

Personally appeared before me on the 30 day of November, 2012, the above named, Frank P. Ruksznis, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

                Before me,

                _Ronda L. Crouse_
                Notary Public/~~Attorney at Law~~

                RONDA L. CROUSE
                NOTARY PUBLIC
                STATE OF MAINE
Print Name and Title
My Commission Expires: My Commission Expires Feb. 27, 2013

{W3433832.1}

2