UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, ) | |
| ) | |
| Plaintiff, ) | Docket # 1:12-cv-00254-GZS |
| ) | |
| v. ) | |
| ) | |
| WILLIAM SCHNEIDER, et al., ) | |
| ) | |
| Defendants ) | |

**EXHIBIT G**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PENOBSCOT NATION,

    Plaintiff,

v.

WILLIAM SCHNEIDER, et al.,

    Defendants

Docket No. 1:12-cv-00254-GZS

### AFFIDAVIT OF JANE S. JONES

1. My name is Jane S. Jones. I am the Town Manager of the Town of Howland, Maine.

2. Howland is a Maine municipality located on the Penobscot River. Howland owns and operates a wastewater treatment plant that discharges treated wastewater to the Penobscot River.

3. Howland's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_Jane S. Jones_
Jane S. Jones

Date: 11/30/12

{W3433864.1}

STATE OF MAINE
Penobscot, SS

Personally appeared before me on the 30th day of November, 2012, the above named, Jane S. Jones, and gave oath that the foregoing is true and based upon her personal knowledge, information, and belief.

                                                Before me,

                                          *Kelly J. Sirois*
                                          Notary Public/Attorney at Law

                                          *Kelly J. Sirois, Notary Public*
                                          Print Name and Title
                                          My Commission Expires: 4/2/16

                                                      KELLY J. SIROIS
                                                      NOTARY PUBLIC
                                                           MAINE
                                                 MY COMMISSION EXPIRES 4/2/2016