UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, | ) |
| | ) |
| Plaintiff, | )   Docket # 1:12-cv-00254-GZS |
| | ) |
| v. | ) |
| | ) |
| WILLIAM SCHNEIDER, et al., | ) |
| | ) |
| Defendants | ) |

**EXHIBIT H**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PENOBSCOT NATION,

    Plaintiff,

v.

WILLIAM SCHNEIDER, et al.,

    Defendants

Docket No. 1:12-cv-00254-GZS

## AFFIDAVIT OF
## CLAUDE CARRIERE

1. My name is Claude Carrière. I am General Manager, Hydro and Thermal \Sectors for Kruger Energy Inc., the owner of KEI (USA) Power Management Inc. ("Kruger").

2. Kruger indirectly owns the Brown's Mill Dam on the Piscataquis River in Dover-Foxcroft, Maine, the Milo Dam on the Sebec River in Milo, Maine, and the Pumpkin Hill Dam on the Passadumkeag River in Lowell, Maine. The Sebec River is a tributary to the Piscataquis River, which is a tributary to the Penobscot River. The Passadumkeag River is a tributary to the Penobscot River.

3. Kruger's interest in these proceedings is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Piscataquis, Sebec, and Passadumkeag rivers, and that it is entitled to regulate the waters of those rivers as well activities that take place in those rivers.

_____
Claude Carrière

Date: December 14, 2012

{W3433864.1}

PROVINCE OF QUEBEC

Personally appeared before me on the 14th day of December, 2012, the above named, Claude Carriere, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

_[signature]_
Commissioner of Oaths for the Province of Quebec
and outside the Province of Quebec

DESPINA MAVRAKIS
Print Name and Title
My Commission Expires: July 25, 2015