UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PENOBSCOT NATION, | ) | |
| | ) | |
| Plaintiff, | ) | Docket # 1:12-cv-00254-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**EXHIBIT I**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PENOBSCOT NATION,

　　　　　Plaintiff,

v.                                                    Docket No.  1:12-cv-00254-GZS

WILLIAM SCHNEIDER, et al.,

　　　　　Defendants

## AFFIDAVIT OF
## DENNIS C. MCCOMB

　　　1.　　My name is Dennis McComb.  I am the Environmental Manager for Lincoln

Paper and Tissue, LLC ("LP&T").

　　　2.　　LP&T owns the pulp and paper mill in Lincoln, Maine, located on the Penobscot

River.  LP&T owns and operates the mill's wastewater treatment plant, which discharges treated

wastewater to the Penobscot River.

　　　3.　　LP&T's interest in this proceeding is to ensure that its operations will not be

subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes

the Penobscot River, and that it is entitled to regulate the waters of that River as well as

discharges that might affect downstream reaches of the Penobscot River.


_____
Dennis C. McComb

Date:___12/10/12_____

{W3433957.1}

STATE OF MAINE

Penobscot_____, SS

Personally appeared before me on the ⟍10⟍ day of December, 2012, the above named, Dennis C. McComb, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

_Darlene E. Sage_____
Notary Public/Attorney at Law

_Darlene E. Sage_____
Print Name and Title  notary public
My Commission Expires:_9/30/18_____

{W3433957.1}

2