UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, | ) |
| | ) |
| Plaintiff, | )   Docket # 1:12-cv-00254-GZS |
| | ) |
| v. | ) |
| | ) |
| WILLIAM SCHNEIDER, et al., | ) |
| | ) |
| Defendants | ) |

**EXHIBIT J**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM SCHNEIDER, et al.,<br><br>          Defendants | Docket No. 1:12-cv-00254-GZS |

**AFFIDAVIT OF
DAROLD WOOLEY**

1. My name is Darold Wooley. I am the Superintendent of the Lincoln Sanitary District.

2. Lincoln Sanitary District is a sanitary district located in Lincoln, Maine, that owns and operates a wastewater treatment plant that discharges treated wastewater to the Penobscot River.

3. Lincoln Sanitary District's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_____
Darold Wooley

Date: 1/3/12

(W3433992.1)

STATE OF MAINE
Penobscot , SS

Personally appeared before me on the 3 day of December, 2012, the above named, Darold Wooley, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

*Darla Hope Osgood*
Notary Public/Attorney at Law

Darla Hope Osgood
Print Name and Title
My Commission Expires: April 2, 2013