UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PENOBSCOT NATION, | ) | |
| | ) | |
| Plaintiff, | ) | Docket # 1:12-cv-00254-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**EXHIBIT L**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PENOBSCOT NATION,

          Plaintiff,

v.

WILLIAM SCHNEIDER, et al.,

          Defendants

Docket No. 1:12-cv-00254-GZS

### AFFIDAVIT OF
### STEPHEN WORSTER

1. My name is Stephen Worster. I am the Administrative Assistant for the Town of Mattawamkeag, Maine.

2. Mattawamkeag is a Maine municipality located on the Penobscot River. Mattawamkeag owns and operates a wastewater treatment plant that discharges treated wastewater to the Penobscot River.

3. Mattawamkeag's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect downstream reaches of the Penobscot River.

_____
Stephen Worster

Date: 12-03-12

{W3434009.1}

STATE OF MAINE
Penobscot , SS

Personally appeared before me on the 3 day of December, 2012, the above named, Stephen Worster, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

_____
Notary Public/~~Attorney at Law~~

Jodi G. Furge - Notary Public
Print Name and Title
My Commission Expires: 11/23/17

Jodi G. Furge
Notary Public
State of Maine
My Commission Expires 11/23/17

{W3434009.1}

2