UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PENOBSCOT NATION, | ) | |
| | ) | |
| Plaintiff, | ) | Docket # 1:12-cv-00254-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**EXHIBIT R**

**TO**

**MOTION TO INTERVENE OF
CITY OF BREWER, TOWN OF BUCKSPORT, COVANTA MAINE, LLC,
TOWN OF EAST MILLINOCKET, GREAT NORTHERN PAPER COMPANY, LLC,
GUILFORD-SANGERVILLE SANITARY DISTRICT, TOWN OF HOWLAND,
KRUGER ENERGY (USA) INC., TOWN OF LINCOLN,
LINCOLN PAPER AND TISSUE, LLC., LINCOLN SANITARY DISTRICT,
TOWN OF MATTAWAMKEAG, TOWN OF MILLINOCKET, TOWN OF ORONO,
RED SHIELD ACQUISITION LLC, TRUE TEXTILES, INC.,
VEAZIE SEWER DISTRICT, AND VERSO PAPER CORP.**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>       Plaintiff,<br><br>v.<br><br>WILLIAM SCHNEIDER, et al.,<br><br>       Defendants | Docket No. 1:12-cv-00254-GZS |

### AFFIDAVIT OF
### NEHL ALDRIDGE

1. My name is Nehl Aldridge. I am the EHS Manager at Verso Paper Corp.

2. Verso owns the pulp and paper mill in Bucksport, Maine, located on the Penobscot River. Verso owns and operates the mill's wastewater treatment plant, which discharges treated wastewater to the Penobscot River.

3. Verso's interest in this proceeding is to ensure that its operations will not be subject to regulation by the Penobscot Nation, which has asserted that its Reservation includes the Penobscot River, and that it is entitled to regulate the waters of that River as well as discharges that might affect upstream reaches of the Penobscot River.

_____
Nehl Aldridge

Date: 11/30/12

{W3434370.1}

STATE OF ~~MAINE~~ TENNESSEE
SHELBY COUNTY , SS

Personally appeared before me on the 30TH day of NOVEMBER, 2012, the above named, Nehl Aldridge, and gave oath that the foregoing is true and based upon his personal knowledge, information, and belief.

Before me,

*Josephine M. Gelman*
Notary Public/Attorney at Law

JOSEPHINE M. GELMAN
Print Name and Title
My Commission Expires:_____

My Commission Expires:
October 7, 2014

{W3434370.1}

2