UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PENOBSCOT NATION, | ) | |
| | ) | |
| Plaintiff, | ) | Docket # 1:12-cv-00254-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**CORPORATE DISCLOSURE STATEMENT**

The Permittees are:  the City of Brewer, the Town of Bucksport, Covanta Maine, LLC, the Town of East Millinocket, Great Northern Paper Company, LLC, Guilford-Sangerville Sanitary District, the Town of Howland, Kruger Energy (USA) Inc., the Town of Lincoln, Lincoln Paper and Tissue, LLC, Lincoln Sanitary District, the Town of Mattawamkeag, the Town of Millinocket, Town of Orono, Red Shield Acquisition LLC, True Textiles, Inc., Veazie Sewer District, and Verso Paper Corp.

*Covanta Maine, LLC* is 100% owned by Covanta Energy Corporation, which is 100% owned by Covanta Holding Corporation, which is publicly traded on the New York Stock Exchange.

*Great Northern Paper Company, LLC* is 100% owned by GNP Parent, LLC which is 100% owned by Great Northern Ventures, LLC which is 72% owned by CSC Group Holdings, LLC.  No publicly held corporation owns 10% or more of the stock of Great Northern Paper Company, LLC.

{W3535194.1}

*Kruger Energy (USA) Inc.*  The parent corporation of Kruger Energy (USA) Inc. is Kruger Energy Inc., and no publicly held corporation owns 10% or more of the stock of Kruger Energy (USA) Inc.

*Lincoln Paper and Tissue, LLC* is 100% owned by LPT Holdings LLC, and no publicly held corporation owns 10% or more of the stock of Lincoln Paper and Tissue, LLC.

*Red Shield Acquisition, LLC* has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Red Shield Acquisition, LLC.

*True Textiles, Inc.* is 100% owned by Office Fabrics Holding Corp, which is 100% owned by Office Fabrics Group Holding Company.  No publicly held corporation owns 10% or more of the stock of True Textiles, Inc.

*Verso Paper Corp.* has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Verso Paper Corp.

The remaining Permittees are municipal entities.  They are not corporate parties.


DATED:  February 18, 2013               */s/ Catherine R. Connors*
                                         Catherine R. Connors

                                         PIERCE ATWOOD LLP
                                         Merrill's Wharf
                                         254 Commercial Street
                                         Portland, ME 04101
                                         207-791-1100

                                         *Attorneys for the NPDES Permittees*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 18, 2013, I electronically filed the foregoing Corporate

Disclosure Statement with the Clerk of Court using the CM/ECF system which will send the

notification of such filing to the following:

> **KAIGHN SMITH , JR.**
> Drummond Woodsum
> 84 Marginal Way
> Suite 600
> Portland, ME  04101-2480
> 207-772-1941
> Email: ksmith@dwmlaw.com

> **PAUL D. STERN**
> Office of the Maine Attorney General
> Six State House Station
> Augusta, ME  04333-0006
> 207-626-8568
> Email: paul.d.stern@maine.gov


DATED:  February 18, 2013                    */s/ Catherine R. Connors*
                                            Catherine R. Connors

                                            PIERCE ATWOOD LLP
                                            Merrill's Wharf
                                            254 Commercial Street
                                            Portland, ME 04101
                                            207-791-1100

                                            *Attorneys for the NPDES Permittees*