UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket # 1:12-cv-00254-GZS |
| | ) |
| MAINE ATTORNEY GENERAL, et al., | ) |
| | ) |
| Defendants | ) |

**EXHIBIT 1**

**TO**

**REPLY IN SUPPORT OF MOTION TO INTERVENE**

| | |
|---|---|
| **From:** | Matt Manahan |
| **To:** | Kaighn_Smith_Jr. (ksmith@dwmlaw.com) |
| **Cc:** | paul.d.stern@maine.gov; jerry.reid@maine.gov; Cathy Connors |
| **Subject:** | Penobscot Nation v. Mills, civil action No. 1:12-cv-00254-GZS |
| **Date:** | Tuesday, March 12, 2013 1:06:23 PM |

Dear Kaighn –

I read with interest the Penobscot Nation's opposition to my clients' motion to intervene in the above–referenced action, and, in particular, the argument that my clients have no interest in this action because the outcome of this suit could not result in regulation by the Penobscot Nation over my clients' activities in the Penobscot River.

If the Penobscot Nation stipulates that it will not attempt to regulate or to impose its regulations on any of the putative intervenors' discharges should the Court rule in this action that any portion of the main stem of the Penobscot River falls within the Tribes' Reservation, such that the Penobscot Nation would be estopped from imposing any such regulation on my clients, then we would agree that there is no need to intervene in this action.

Please let us know promptly if the Penobscot Nation agrees to this stipulation.

Thanks,
Matt

**Matthew D. Manahan**
Chair, Environmental & Land Use Practice Group
**PIERCE ATWOOD LLP**

Merrill's Wharf
254 Commercial Street
Portland, ME 04101

**PH** 207.791.1189
**FAX** 207.791.1350
**CELL** 207.807.4653

mmanahan@pierceatwood.com     **BIO ▸ LINKEDIN ▸**

This e-mail was sent from Pierce Atwood. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it please delete it and notify us as soon as possible.

In accordance with I.R.S. Circular 230 we advise you that any tax advice in this email is not intended or written to be used, and cannot be used, by any recipient for the avoidance of penalties under federal tax laws.