# TRIBAL ENVIRONMENT AGREEMENT BETWEEN THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND THE PENOBSCOT NATION

## I.  PREAMBLE

This agreement is executed between the Penobscot Nation (the Nation or the Tribe), a federally recognized Indian Tribe and the United States Environmental Protection Agency (U.S. EPA) in order to better achieve mutual environmental-governmental goals in the government-to-government relationship between the Nation and the U.S. EPA. This Agreement provides the framework for a government-to-government relationship in support of the President's April 29, 1994 directive and the Administrator's Indian Policy of 1984 and July 1994, which are incorporated by reference herein. The government-to-government relationship respects the governmental sovereignty of the Nation and all of the authorities and powers vested in its duly elected Chief and Council. The U.S. EPA is implementing its federal trust responsibility with federally recognized Indian Tribes through this Agreement. This Agreement provides a framework for procedures and practices to maintain a good working relationship between the Tribe and the U.S. EPA.

To fulfill the intent of this Agreement, the Administrator's Representative, the Regional Administrator of the U.S. EPA, will identify and seek to remove impediments to working directly and effectively with the Nation, to assist in building strong environmental protection programs for the Tribe and to act consistent with our Federal trust responsibility in environmental protection matters affecting Penobscot Indian Territory.

## II.  PARTIES

The parties to this Agreement include the U.S. EPA, represented by its Regional Administrator, and the Penobscot Nation, represented by its Chief.

## III.  PURPOSE AND PRINCIPLES

The purpose of this Agreement is to outline the implementation process, procedures, and goals of the government-to-government relationship between the U.S. EPA and the Penobscot Nation. This Agreement confirms the commitment by the parties to implement a government-to-government relationship, to promote and build strong environmental protection in Penobscot Indian territory. This relationship respects the sovereignty of the Nation and the trust responsibility of the United States, represented by the U.S. EPA. This agreement serves as a tool to enhance and improve communications between the parties.

This Agreement is intended to build confidence and trust between the parties in the government-to-government relationship. Not only is this process designed to implement an Agreement, it also is intended to "institutionalize" the spirit and principles within the organization represented by the parties.

This Agreement commits the parties to the initial task of providing more efficient and improved actions, including short and long term planning and program implementation to assist in developing and building strong environmental protection programs for the Tribe. This agreement outlines media specific tasks that need to be addressed and specific issues of common concern. The U.S. EPA Administrator has convened the Tribal Operations Committee, comprised of EPA Senior Management and Tribal Leaders, which has the mission to advance environmental protection, health, and safety and improve the conditions of Tribal health and the environment in Indian Country, including Penobscot Indian territory. This Agreement commits the parties to work toward implementing the Tribal Operations Committee recommendations, including distribution of authorities and resources to Tribes.

All principles, including the U.S. EPA's Indian Policy, will apply, including the Trust responsibility of the Agency and the promotion of stable funding, employment, capacity-building, infrastructure development and other factors for long-term program implementation (including the transfer of "state of the art" technologies). The Tribe recognizes that the U.S. E.P.A. has certain technical knowledge that would be helpful to it in its environmental decision-making processes. Conversely, the U.S. E.P.A. recognizes that the Tribe's cultural/traditional ecological knowledge and expertise can be helpful in its decision-making processes. The U.S. EPA recognizes and respects tribal environmental decisions based on traditional knowledge and will incorporate this knowledge, as appropriate, into the Agency's decision-making process.

This Agreement will remain flexible in addressing the Tribe's needs, as appropriate, and ensure common-sense approaches. Environmental justice principles will be used in the U.S. EPA's decision-making processes, including placement of a high priority on tribal cultural concerns such as subsistence needs and traditional practices and uses of natural resources.

The parties recognize that implementation of this Agreement will require a comprehensive educational effort, extending to all EPA New England regional offices, to promote the understanding of the unique relationship between both parties and the government-to-government relationship affirmed in this Agreement.

## IV. GOALS, IMPLEMENTATION PROCESS AND RESPONSIBILITIES

The parties recognize that a key principle of this relationship is a requirement that the individuals working to resolve issues of mutual concern are accountable and act in a professional manner consistent with the Agreement.

EPA-New England shall perform in accordance with the principles of this Agreement and the laws and Treaties of the United States.

The parties to this Agreement recognize that issues of mutual concern will be effectively addressed through communication that is clear, direct, and between persons authorized and responsible for addressing the concern.

The Nation and the U.S. EPA recognize that a system of accountability within each other's organization is critical to the successful implementation of this Agreement. Therefore, the Chief and/or his designee and the U.S. EPA Regional Administrator will direct appropriate staff to follow the principles and guidelines of the Agreement in working with corresponding representatives.

The environmental goal of the Penobscot Nation is to secure and maintain healthy natural resources, including their supporting ecosystems, belonging to, managed by, controlled by or appertaining to the Penobscot Nation. In particular, the Nation's immediate goal is to restore the natural resources of Penobscot River, including its water, sediments, fish and other biota so that its members may use the river and exercise their sustenance fishing rights without fear of harm or illness from hazardous substances.

The parties recognize that realization of these goals is within their mutual interests in the government-to-government relationship set forth herein.

## V. COMMUNICATION AND CONFIDENTIALITY

The parties agree that in support of their common interests, documents and other information generated by the parties in furtherance of the U.S. EPA's trust and statutory responsibilities may be shared between the parties. The U.S. EPA agrees to coordinate and consult with the Nation on environmental matters that may impact upon the Nation, and the Nation agrees to provide views, advice, comments, recommendations, evaluations and other assistance as requested by the U.S. EPA to assist it in the performance of its duties.

The parties agree to protect, to the greatest extent permitted by law, communications in their possession which have been exchanged between the U.S. EPA (and any of its subdivisions or contractors), other Federal agencies and the Nation, and between the parties' technical representatives (including any attorneys and consultants to the U.S.

EPA and other Federal Agencies, or the Nation). The communications will be treated confidentially and specifically include those used by the U.S. EPA in the deliberative and decision-making processes necessary to carry out its statutory functions and responsibilities. The U.S. EPA will make its best efforts to protect all such communications, including those that predate this agreement that are requested under the Freedom of Information Act. The Nation also agrees to make its best efforts not to disclose to the public those communications which are in its possession.

Dated: 07/27/99

United States Environmental Protection Agency

By: _____
Its Regional Administrator

Dated: 07/27/99

Penobscot Nation

By: _____
Its Chief