EXHIBIT D

**Office of the Chief and Council**

Kirk E. Francis
*Chief*

Bill Thompson
*Vice-Chief*

Wayne T. Mitchell
*Representative*



Penobscot Nation
12 Wabanaki Way
Community Building
Indian Island, Maine 04468
(207) 827-7776

FAX (207) 827-6042

May 29, 2012

**RECEIVED**

**MAY 3 0 2012**

OFFICE OF THE REGIONAL ADMINISTRATOR

H. Curtis Spalding
Regional Administrator
EPA New England Headquarters
5 Post Office Square - Suite 100
Boston, MA 02109-3912

**Re:   Request of the Penobscot Nation for Determination that It Qualifies Pursuant to Section 518 of the Clean Water Act for the Purposes of Seeking NPDES permit Program Approval (40 C.F.R. § 123.32)**

Dear Regional Administrator Spalding:

I write on behalf of the Penobscot Nation to request a determination that the Penobscot Nation qualifies pursuant to section 518 of the Clean Water Act for the purposes of seeking NPDES permit program approval for pollution discharges into the Penobscot River as described herein.

We track the specific provisions of the EPA's governing regulation for this request: 40 C.F.R. § 123.32.

At the outset, we note that 40 C.F.R. § 123.23(f) provides that if the Administrator has previously determined that the Nation has met the prerequisites that make it eligible to assume a role similar to that of a state as provided by statute under the Safe Drinking Water Act, the Clean Water Act, or the Clean Air Act, then the Nation need only provide that information unique to the NPDES program which is requested by the Regional Administrator. Attached as Exhibit 1 are copies of the EPA's previous determinations that the Nation has met such prerequisites. For the sake of completeness, we are providing the details for the categories listed under 40 C.F.R. § 123.32.

We also note that 40 C.F.R. § 123.23(e) provides that the Regional Administrator may, at his or her discretion, request further documentation necessary to support a Tribe's

H. Curtis Spalding
Page 2
May 29, 2012

eligibility.  We ask that you inform us at your earliest convenience if any such additional information is needed.

(a)   **A statement that the Tribe is recognized by the Secretary of the Interior**

The Penobscot Nation is a federally recognized Indian tribe.  25 U.S.C. § 1721 *et seq.* (Maine Indian Claims Settlement Act or "MICSA").  *See also* 75 Fed. Register 60812 (2010) (Indian Entities Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs).

(b)   **A descriptive statement demonstrating that the Tribal governing body is currently carrying out substantial governmental duties and powers over a defined area**

(1)   **The Penobscot Nation's form of government**

The Penobscot Nation's governing body is its Chief and twelve member Council. The Chief and each Council member serve four year terms. The Chief presides over all meetings of the Penobscot Nation Council, but only votes in the case of a tie.  All laws of the Nation are approved by the Nation's members in a General Meeting.  The Nation's laws are administered and enforced by the Nation's various governmental departments.  The Nation also has a Tribal Court with a Chief Judge and an Appellate Division.  Penobscot Tribal Court judges are appointed by the Chief with the advice and consent of the Council.

(2)   **Types of governmental functions currently performed by the Penobscot Nation**

The Penobscot Nation carries out multiple governmental functions through the following departments:  Cultural and Historic Preservation, Social Services, Education and Career Services, Finance Department, Public Safety, Grants and Contracts, Housing Department, Indian Health Services, Legal Department, Maintenance and Public Works, Natural Resources, Personnel, Tribal Court, Tribal Historic Preservation Office, Department of Trust Services.  Some examples of departments exercising police powers are Public Safety (enforcing criminal laws and traffic infractions), Social Services (enforcing child protection

2

H. Curtis Spalding
Page 3
May 29, 2012

and other family laws), and Natural Resources (enforcing hunting and fishing regulations).

(3) **The source of the Penobscot Nation's authority to carry out the governmental functions currently being performed**

The source of the Nation's authority to carry out governmental functions is its inherent sovereign authority established under principles of federal Indian law and confirmed by Congress under MICSA.

(c) **The Nation's proposed NPDES permit program under section 518(e)(2) of the Clean Water Act**[1]

The Nation asserts authority over Penobscot Indian Territory as defined by 25 U.S.C. § 1722(j). The Nation proposes to establish an NPDES permit program for discharges into the Penobscot River originating from point sources and storm water located within Penobscot Indian Territory as defined by 25 U.S.C. § 1722(j). The surface waters at issue are the waters of the Penobscot River from Indian Island and northward thereof. At present there is only one such discharge facility, operating under NPDES permit ME 010311, the Penobscot Nation Pollution Control Facility (PNPCF).

(d) **A narrative statement describing the capability of the Penobscot Nation to administer an effective, environmentally sound NPDES permit program**

(1) **A description of the Penobscot Nation's previous management experience which may include the administration of programs and service authorized by the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450 et seq. ), the Indian Mineral Development Act (25 U.S.C. 2101 et seq. ), or the Indian Sanitation Facility Construction Activity Act (42 U.S.C. 2004a )**

---

[1] A statement of counsel for the Penobscot Nation, authorized to represent the Nation in all legal matters in court pertaining to the program for which it seeks approval is submitted herewith as Exhibit 2.

3

H. Curtis Spalding
Page 4
May 29, 2012

The Nation's Department of Natural Resources (DNR) has extensive experience with managing and administering numerous environmental and natural resources related programs. These programs include:

- CWA Section 106 for water quality monitoring, including Treatment in the Same Manner as a State (TAS),
- CWA Act Section 319 Nonpoint Source Management Program (includes TAS),
- Creation and administration of node on EPA Environmental Information Exchange Network,
- Administration of Penobscot Indian Nation Environmental (PINE) database,
- Administration of Performance Partnership Grants (PPGs)

Copies of prior EPA approvals for the Penobscot Nation's "treatment as a state" under a variety of environmental programs are attached hereto as Exhibit 1.

The Nation's various governmental departments administer services authorized by P.L. 638, 25 U.S.C. §§ 450 *et. seq.* The Nation can provide copies of its P.L. 638 contracts upon request or a list of programs operated in accordance with P.L. 638 and other federal programs supporting tribal governmental services.

**(2)     A list of existing environmental or public health programs administered by the Penobscot Nation, and a copy of related laws, regulations, and policies of the Nation**

The Nation has created laws to regulate a variety of land related activities within its territory and land use matters in particular, including the Nation's Comprehensive Land Use Plan for its trust lands and Land Laws for all of its territory. The Nation also has exclusive authority to regulate the taking of wildlife within its territory and has enacted comprehensive laws for such purpose. Additionally, the Nation has a health clinic located on Indian Island that provides a multitude of health services to its members and members of other federally-recognized Indian tribes pursuant to a self-governance compact with the United States and pursuant to the laws and regulations of the Indian Health Service. The Nation has also created a child welfare code, elders' abuse code and domestic violence code administered and enforced by the Nation's Department of Human

4

H. Curtis Spalding
Page 5
May 29, 2012

Services, Department of Public Safety and its Tribal Court. Copies of these laws can be made available upon request.

(3)     **A description of the entities which exercise the executive, legislative, and judicial functions of the Penobscot Nation's government**

Please see section (b)(1).

(4)     **A description of the existing, or proposed, agency of the Penobscot Nation which will assume primary responsibility for establishing and administering an NPDES permit program (including a description of the relationship between the existing or proposed agency and its regulated entities)**

The Penobscot Nation Water Resources Program (PIN WRP) within the Department of Natural Resources will be the agency responsible for establishing and administering the NPDES permit program. The PIN WRP is responsible for protecting and enhancing water quality and aquatic resources of Penobscot territory waters. Primary activities of the PIN WRP include monitoring water quality of surface water; conducting water quality studies; reviewing and providing recommendations on licensing and actions that have potential to affect tribal water resources; implementing practices to control pollution from entering tribal waters; and education and outreach. This department and program are separate and independent from the Penobscot Nation Pollution Control Facility.

The PNPCF is operated by the Penobscot Nation Tribal Utility Department (PIN TUD). Additionally, PIN anticipates administering a NPDES storm water program for storm water originating from Penobscot Indian Territory. The PIN Housing Department, PIN Public Works Department, and PIN TUD are all entities which could potentially be regulated by the PIN WRP. All these Departments are separate and independent from the PIN WRP.

(5)     **A description of the technical and administrative abilities of the staff to administer and manage an effective, environmentally sound NPDES permit program or a plan which proposes how the Penobscot Nation will acquire additional administrative and technical expertise**

5

H. Curtis Spalding
Page 6
May 29, 2012

The Penobscot Nation has administered its Water Resources Program (WRP) as part of its Department of Natural Resources since the mid-1980s. The program has evolved from a single staff person at its inception to its current staffing of 5 permanent full-time professional staff. The program receives additional staff and technical support from seasonal employees as well other programs within the Nation's Department of Natural Resources (i.e. GIS Coordinator, Wildlife and Wetlands Biologist, Fisheries Biologist, Forester, Air Quality Manager, and Game Wardens).

Functional elements of the WRP include administration, an extensive water quality monitoring program, data management, complaint investigations, permit review, nonpoint source pollution control, and education and outreach. Its base water quality assessment program includes monitoring approximately 120 surface water sites throughout the Penobscot watershed and Penobscot Nation trust lands. The program also regularly carries out monitoring of benthic macro-invertebrate, studies of toxic contaminants in various aquatic media, and continuous monitoring using real-time sondes. The program operates its own analytical laboratory to conduct analyses of commonly monitored constituents including E. coli and coliform bacteria, biochemical oxygen demand, total suspended solids, specific conductance, alkalinity, pH, turbidity, and color. The lab is currently expanding its capabilities to include analysis of chlorophyll a, phycocyanins, and phosphorous. The purpose of most of the monitoring conducted by the WRP is to evaluate attainment of water quality standards and compliance of dischargers with permitted license limits.

The WRP has extensive experience with reviewing, commenting, and providing input on discharge permits within the Penobscot and Piscataquis River basins including NPDES, Maine State Discharge License, and MEPDES. The program has reviewed and provided comments on all discharges to or affecting Reservation waters. Staff from the program have also been an active participants in numerous State of Maine technical advisory and stakeholder groups related to water quality permitting including Penobscot River Discharge stakeholders group, nutrient criteria development (ME DEP rule 06-096 Chapter 583), ME NPDES delegation, Surface Water Toxics Control Program (ME DEP rule 06-096 Chapter 530) Surface Water Quality Criteria for Toxic Pollutants (ME DEP rule 06-096 Chapter 584), Technical Advisory Group for Surface Waters Ambient Toxics Monitoring Program (SWAT), Technical Advisory Group for Dioxin Monitoring Program,

6

H. Curtis Spalding
Page 7
May 29, 2012

and other various groups, Cooperative Water Quality Monitoring Agreement with
Maine's Department of Environmental Protection (ME DEP), Waste Load
Assimilation/ TMDL studies with ME DEP and EPA.

The Nation has established a node on the EPA Environmental Information
Exchange Network. It submits electronic data to EPA's Water Quality Exchange.
The Nation also has a Trading Partner Agreement with Maine DEP to exchange
data to their EGAD database.

Two staff members of WRP have completed EPA Basic Inspectors Training and 5
staff who have completed 40 hours of OSHA HASWOPR training.

The Nation plans to acquire additional technical expertise related to wastewater
treatment plant operation and inspections by having WRP staff accompany ME
DEP inspectors on inspections of other municipal wastewater treatment plants and
by receiving training for municipal treatment plant operators at the Institute for
Tribal Environmental Professionals.

* * *

Should you or any of your staff have any questions, please contact John Banks, the
Director of the Penobscot Nation Department of Natural Resources or myself.

The Penobscot Nation appreciates your office's timely attention to this request.

Sincerely,

Kirk Francis
Chief, Penobscot Nation

cc:    Penobscot Nation Tribal Council
       Mark Chavaree, Esq., Staff Attorney, Penobscot Nation
       John Banks, Director, Penobscot Nation Department of Natural Resources

7