# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| PENOBSCOT NATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-00254-CZS |
| | ) | |
| JANET T. MILLS, | ) | |
| Attorney General for the State of Maine, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

## AFFIRMATION IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO UNITED STATES' MOTION TO INTERVENE

Paul Stern does hereby affirm under penalties of perjury:

1. I am Deputy Attorney General of the Maine Office of the Attorney Litigation Division and co-counsel for the State Defendants in this litigation,

2. Attached as Exhibit A to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the "Tribal Environment Agreement Between the United States Environmental Protection Agency and the Penobscot Nation," dated July 27, 1999.

3. Attached as Exhibit B to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the "Memorandum of Agreement Between the Department of the Interior and the Penobscot Indian Nation," dated August of 1997.

4. Attached as Exhibit C to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the EPA notice published in the Federal Register, Volume 77, Issue

76 (Thursday, April 19, 2012), entitled "State Program Requirements: Approval of Maine's Base National Pollutant Discharge Elimination System (NPDES) Permitting Program."

5. Attached as Exhibit D to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the application received by the USEPA on May 30, 2012, from the Penobscot Indian Nation requesting NPDES delegation authority, without the attachments.

6. Attached as Exhibit E to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the August, 2013 "Public Notice of EPA's Review of Maine Water Quality Standard Revisions as They Apply in Indian Territories."

7. Attached as Exhibit F to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the "Penobscot Nation Request for Funds to Pay for Attorneys Fees and Litigation Support, 2010" without attachments, dated August 11, 2010, to Vicki Forest, Trust Services Division, USDOI.

8. Attached as Exhibit G to the State Defendants' Opposition to United States' Motion to Intervene is a true copy of the letter dated May 17, 1983, from Lawrence J. Jensen, Assoc. Solicitor, DOI, to Kenneth Plumb, Secretary, FERC, regarding "Project No. 2600 – Bangor Hydro Electric Company."

9. I attest that the above is true and correct to the best of my knowledge and belief.

Dated: August 30, 2013

/s/ Paul Stern
PAUL STERN
Deputy Attorney General
Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8568