**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JANET T. MILLS,<br>Attorney General for the State of Maine,<br>*et al.*,<br><br>　　　　　　　　Defendants | Civil Action No. 1:12-cv-00254-CZS |

**AFFIRMATION IN SUPPORT OF STATE DEFENDANTS' MOTION TO AMEND**

Paul Stern does hereby affirm under penalties of perjury:

1. I am Deputy Attorney General of the Maine Office of the Attorney Litigation Division and co-counsel for the State Defendants in this litigation,

2. Attached hereto is a true and correct copy of a document provided by Plaintiff in its Initial Disclosures.

3. The document consists of:

   Memorandum dated September 22, 2009, regarding "Hunting Waterfowl with out a permit violations," from Timothy W. Gould, PIN Game Warden Supervisor, to John Banks, PIN Department of Natural Resources Director;

   Copies of two summonses issued by Warden Gould to Nathan L. Emerson and Tyler J. Honey; and

   Map of a portion of the Main Stem of the Penobscot River.

3. The document was stamped by Plaintiff as PN-001770 – PN-001773.

4. I attest that the above is true and correct to the best of my knowledge and belief.

Dated: October 4, 2013

/s/ Paul Stern
PAUL STERN
Deputy Attorney General
Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8568

2

**PENOBSCOT NATION**

DEPARTMENT OF
NATURAL RESOURCES

JOHN S. BANKS, DIRECTOR



12 WABANAKI WAY
INDIAN ISLAND, ME 04468
TEL: 207/827/7776
FAX: 207/817/7466

September 22, 2009

To: John Banks, DNR Director

From: Timothy W. Gould, Game Warden Supervisor

Re: Hunting Waterfowl with out a permit violations

On 09/05/09 I was traveling along the River on Rte. 2 in the Costigan area when I noticed what appeared to be 6 goose decoys at the southern end of a small un-named grassy Island located adjacent to Freese Island within the Reservation (See attached map). I stopped behind a vehicle parked beside Rte. 2 (Maine Registration 4744PB). I checked the owners name with Dispatch and found no one with that name on our Tribal census. As I was doing this I noticed a small boat with 2 people and a dog travel to the Island. The people were dressed in camo and were wearing waders. They exited the boat with guns and the dog and assumed positions in the grass behind the decoy spread and appeared to be hunting. After some time I watched them pick up the decoys and proceed to shore where I was parked. I approached them and asked them if they were goose hunting and if they had any geese. I also asked for their hunting licenses and Penobscot Nation waterfowl permits. The subjects advised that they were hunting geese and had not fired a shot since no geese came by. They advised that they did not have permits. The subjects showed me their Maine hunting licenses and waterfowl stamps. The subjects were identified from their Maine hunting licenses as Nathan Emerson and Tyler Honey (see attached summons copy for further info). They advised that they did not realize they were on an Island owned by the Penobscot Nation. They advised that they knew the Tribe owned the bigger Islands but felt since the Island was not posted and others in the area were that this island was not included. They also advised that they had been told by friends it was all right to hunt there. I made them aware that they were in fact on an un-named Island and were in violation of a Tribal Ordinance by hunting there with out a permit from the Tribe. I advised them that the Island they were on does not have any trees to post signs and that they were responsible to know where they were. I checked their ammunition to make sure they were using steel shot, their boat registration tags and life jackets. During this time both subjects were asking questions in regard to the boundaries of the Reservation and how they could legally hunt there. I advised them that

the Tribe had bank to bank jurisdiction on the river and that within those boundaries the only legal way to hunt was with a permit from the Tribe. The subjects were summonsed at approximately 8:50 am for the offense and scheduled for arraignment in Tribal Court on October 7th 2009 at 9:30 am.

Respectfully Submitted,

*[signature]*

Timothy W. Gould
Game Warden Supervisor

## Ticket 00946

OCT 7 9:30

**Law Enforcement Case No.:** WS 2009 0065
**Tribal Court Docket No.:**

**UNIFORM SUMMONS AND COMPLAINT**

- [ ] CRIMINAL: [ ] ARREST [ ] BAIL $ ____ NO. ____
- [x] CIVIL VIOLATION [ ] FISHERIES AND WILDLIFE [ ] MARINE RESOURCES
- [ ] TRAFFIC VIOLATION [ ] FOREST SERVICE

**Tribal Court / Municipality of** _____ v.

**Defendant:** Emerson, Nathan L.
**Mailing Address:** 46 Chick Hill Rd.
**City/Town:** Clifton **State:** ME **ZIP:** 
**License Number:** 5357266 **State:** ME **DOB:** 11/19/88
**Hair:** BR **Eyes:** GR **Height:** 5'11" **Weight:** __ **Sex:** M **Race:** C **Age:** __

**Vehicle Registration:** 4744 PB **State:** ME
**Color:** Grn **Year:** __ **Make:** GMC **Body:** PU

**Offense date:** 9/5/09 **Time:** 8:50 AM
**RT/ST/PL:** Penobscot River **City/Town:** Milford

**Violation Title:** 10 **Section/Ordinance:** 1 F(2)
Hunting Waterfowl w/o a permit

**Officer's name, printed:** Gould, Timothy W.
**Date of service:** 9/15/09
**Dept:** PNWS **Off. No.:** 4100

You are hereby directed to appear before the Tribal Court at:
12 Wabanaki Way, Indian Island
Oct. 7, 2009 9:30 A.M. (207) 827-7776

Signature: X ____ Date: 9/15/09

**Sworn to before me on:** 9/11/09

FOR WAIVER DISPOSITION ONLY
ABSTRACT

---

## Ticket 00945

**Law Enforcement Case No.:** WS 2009 0065
**Tribal Court Docket No.:**

**UNIFORM SUMMONS AND COMPLAINT**

- [ ] CRIMINAL: [ ] ARREST [ ] BAIL $ ____ NO. ____
- [x] CIVIL VIOLATION [ ] FISHERIES AND WILDLIFE [ ] MARINE RESOURCES
- [ ] TRAFFIC VIOLATION [ ] FOREST SERVICE

**Tribal Court / Municipality of** _____ v.

**Defendant:** Honey, Tyler J.
**Mailing Address:** 20 Lance Court
**City/Town:** Old Town **State:** ME **ZIP:** 04468
**License Number:** 581 3803 **State:** ME **DOB:** 9/23/89
**Hair:** Bld **Eyes:** Bl **Height:** 5'8" **Weight:** 145 **Sex:** M **Race:** C **Age:** __

**Vehicle Registration:** 4744 PB **State:** ME
**Color:** Grn **Year:** __ **Make:** GMC **Body:** P/U

**Offense date:** 9/5/09 **Time:** 8:50 AM
**RT/ST/PL:** Penobscot River **City/Town:** Milford

**Violation Title:** 10 **Section/Ordinance:** 1 F(2)
Hunting waterfowl w/o a permit

**Officer's name, printed:** Gould, Timothy W.
**Date of service:** 9/15/09
**Dept:** PNWS **Off. No.:** 4100

You are hereby directed to appear before the Tribal Court at:
12 Wabanaki Way, Indian Island
Oct. 7, 2009 9:30 A.M. (207) 827-7776

Signature: X ____ Date: 9/15/09

**Sworn to before me on:** 9/11/09

FOR WAIVER DISPOSITION ONLY
ABSTRACT



PN-001773