**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| PENOBSCOT NATION | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-cv-00254-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| JANET T. MILLS, et als. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATED EXHIBIT LIST**

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 1 | 1820-08-17 Release from PN (Original Photocopy), Window on Maine |
| 2 | 1831-01-25 PN (Neptune & SocBasin) Petition to Governor |
| 3 | 1831-12-16 Daily Courier 'Fisheries of Penobscot Indians' |
| 4 | 1970-10-29 PN Regular Council Minutes |
| 5 | 1972-11-28 PN General Meeting Minutes |
| 6 | 1975-07-08 PN General Meeting Minutes |
| 7 | 1976-07-00 ME Laws Pertaining to Indians |
| 8 | 1977-01-10 USDOI-USDOJ Penobscot Claim Recommendation |
| 9 | 1977-02-25 Letter (USDC)-DOJ Claims on Behalf of Tribes |
| 10 | 1977-02-25 USDOI (Ferguson)-USDOJ (Taft) re US v Maine |
| 11 | 1977-04-29 Cox-Gunter re Letter of April 20, 1977 |
| 12 | 1977-06-11 Cox-Gunter re Memo of Brennan of May 5,1977 |
| 13 | 1978-02-06 Joint MOU |
| 14 | 1978-07-00 Plaintiff's Report re Settlement Status |
| 15 | 1978-10-28 PN General Meeting Minutes |
| 16 | 1979-03-17 PN General Meeting with Negotiating Committee on Settlement |
| 17 | 1979-06-19 PN_PT-USDOI (Andrus) re Effectuate Part A of Joint memo |
| 18 | 1979-08-__ PN Resolution creating Tribal Court |
| 19 | 1979-09-27 PN General Meeting re Tribal Court |
| 20 | 1979-10-01 --1980-09-30 BIA-PN S50C14200154 |
| 21 | 1971-10-11 Affidavit of Leo M. Krulitz |
| 22 | 1980-02-26 ME (Cohen) to Gov Brennan re Settlement Agmt and State and Federal Laws |
| 23 | 1980-02-26 PT Resolution Approving Settlement Package |
| 24 | 1980-03-09 PN Ballot on Settlement |
| 25 | 1980-03-09 PN Gov-PN Members Memo re Referendum Vote |
| 26 | 1980-03-09 PN Gov-PN Members on Referendum Vote (with Ballot and Agreement) |
| 27 | 1980-03-12 (ME) Cohen to Sen. Snowe re Proposed Settlement Agreement |
| 28 | 1980-03-12 ME (Cohen) to Rep. Emery US House re Proposed Settlement Agreement |
| 29 | 1980-03-12 ME (Cohen) to Sen. Cohen re Proposed Settlement Agreement |
| 30 | 1980-03-12 ME (Cohen) to Sen. Muskie re Proposed Settlement Agreement |
| 31 | 1980-03-13 ME (Cohen) Press Release |
| 32 | 1980-03-14 Settlmt Agmt and PN Citizens Demand for Postponement |
| 33 | 1980-03-14 Transcript of Proceedings Attean v. Wilfred |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 34 | 1980-03-17 ME (Paterson) to DOJ re release of draft settlement documents (Doc Release SD9-65, 3/13/80) |
| 35 | 1980-03-17 ME (Paterson) to Tureen re drafts of ME legislation and Settlement Agreement |
| 36 | 1980-03-17 ME (Paterson)-Tureen Cover Letter (Settlement Agreement, Fed Bill, State Bill, Certification all missing) |
| 37 | 1980-03-17 AAG Patterson to Tureen on Settlement |
| 38 | 1980-03-24 ME (AG)-Sen Martin re questions on SAgmt |
| 39 | 1980-03-25 ME (AG) -Jt Com re Location of Lands to be Acquired by Tribes |
| 40 | 1980-03-25 ME (Manuel)-Flanagan/Meister-Manuel re salmon |
| 41 | 1980-03-26 ME (Jt. Comm)- (Collins & Post)-AG Questions re Indian Land Claims Settlement Bill |
| 42 | 1980-03-27 ME (AAG)- Jt. Comm re Background Docs (with attached "Indian Rights and Claims") |
| 43 | 1980-03-27 ME (AAG)-Jt. Comm re Background Docs |
| 44 | 1980-03-28 ME (AG)-Jt Com Resp to Questions |
| 45 | 1980-03-31 ME (Hull)-ME (Ind. Land Claims Com) re Necessary Clarifications |
| 46 | 1980-03-31 ME AG-Jt Com re Technical Corrections to LD 2037 |
| 47 | 1980-03-31 ME Hull Prelim Bill Analysis LD 2037 |
| 48 | 1980-03-31 Tureen-Pearson on PN Approval |
| 49 | 1980-04-01 ME AG-Jt Com re Hull Bill Analysis |
| 50 | 1980-04-03 ME House & Sen Order re Docs in Leg Files re LD 2037 |
| 51 | 1980-10-31 PN-DOI Water Resources & Conservation |
| 52 | 1981-01-29 ME (AG Tierney) Law Enforcement on Tribal Lands |
| 53 | 1981-02-14 PN Special Council Meeting |
| 54 | 1981-04-17 PN Resolution re Release and Relinquishment of Claims |
| 55 | 1981-08-14 GNP Conservation Easement |
| 56 | 1981-09-10 GNP (Perkins)-PN (Tureen) Proposed PN Resolution |
| 57 | 1981-10-05 PN Tribal Council Granting BHEC Easement |
| 58 | 1981-10-12 PN Special Council Meeting |
| 59 | 1981-12-07 PN Special Council Meeting |
| 60 | 1982-02-01 PN Tribal Council Vote on "River Issue" |
| 61 | 1982-12-22 US BIA Approval of PN Easement to BHEC |
| 62 | 1983-04-28 PN (Gov) - MITSC Re Salmon harvest practices |
| 63 | 1983-06-23 PN (Banks) Banks - ME (Manuel) enclosing PN Sustenance Fishing Regs. |
| 64 | 1983-07-08 ME (Manuel) - PN (Gov) Re Salmon Run |
| 65 | 1983-10-01 --1984-09-30 BIA-PN S50C14200415 B |
| 66 | 1984-03-26 PN (Lukas) Memo - Banks Re Establishing  Fair Share |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 67 | 1984-04-25 PN (Gov) - ME (Manuel) Re Salmon Run |
| 68 | 1986-05-16 West Enfield Agreement. |
| 69 | 1986-09-12 PN(Love)-BIA(Ott) Fisheries Protection FY 1986 |
| 70 | 1986-09-16 US BIA (Ott) Fisheries Protection FY 1986 |
| 71 | 1986-10-01 -- 1987-09-30 BIA-PN S50C14207910 |
| 72 | 1987-07-24 PN(Sappier)-BIA (Ott) Fisheries Protection FY 1987 |
| 73 | 1987-10-01-1988-08-18 BIA-PN S50C14207140 |
| 74 | 1987-11-03 PN (Banks) - USFW Requesting Meeting |
| 75 | 1987-12-07 PN (Shepard) - Banks Re Meeting with USFW (Larsen) |
| 76 | 1988-01-12 ME (Atl Sea Run Sal. Comm) Minutes |
| 77 | 1988-01-22 USDOI-PN (Gov) Re Salmon Harvest (2) |
| 78 | 1988-02-05 ME Vail-Tierney Request for Opinion PN Salmon Fishing |
| 79 | 1988-02-10 ME Howard-Tierney re: PN Salmon Fishing |
| 80 | 1988-02-16 ME AG Opinion (Sustenance Fishing) |
| 81 | 1988-05-03 PN Council Resolution No, 5-3-88-6 |
| 82 | 1988-05-03 PN Special Council Meeting (PN Tribal Council) |
| 83 | 1989-01-30 -- 1990-03-13 BIA-PN CTS50004989 |
| 84 | 1990-06-27 PN Fish and Game Committee Minutes |
| 85 | 1990-09-12 PN v Fields ME Warden Georgia Report |
| 86 | 1990-09-12 PN v Fields PN Tribal Court Criminal Complaint |
| 87 | 1990-09-12 PN v Fields PN Warden Loring _Complaint and Investigation Report |
| 88 | 1990-09-12 PN v Fields Uniform Citation and Complaint (Prosecution Report) |
| 89 | 1990-09-13 PN v Fields PN Tribal Court Criminal Complaint |
| 90 | 1990-09-14 PN v Fields PN Tribal Court Criminal Complaint |
| 91 | 1990-10-11 PN v Fields (Clerk letter) |
| 92 | 1990-10-11 PN v. Fields (Subpoena) |
| 93 | 1990-10-17 PN v Fields PN Tribal Court Recording Log |
| 94 | 1990-10-31 PN (Tribal Court) Kirk Fields Criminal Disposition |
| 95 | 1990-10-31 PN v Fields $100 Fine Paid |
| 96 | 1992-06-05 USDOI Opinion (Wilson) Penobscot Reservation |
| 97 | 1992-09-01 --1993-08-31 BIA-PN CTS50T01837 |
| 98 | 1992-12-07 PN (Bisulca & Fay) Testimony DEP Hearing Basin Mills |
| 99 | 1993-12-16 ME (Carpenter) - USDOI (Anderson) PN Res. |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 100 | 1994-04-08 USDOI (Ada Deer) - EPA (re; LP&P NPDES Permit) |
| 101 | 1994-04-18 PN (Fay) - ME (Bourque) re Bass Tour and Eel |
| 102 | 1994-04-22 ME Permit taking of eel (Crommett #32) |
| 103 | 1994-05-03 ME (Hurley) - PN (Banks) re Bass Tour Permits and Eel Permits |
| 104 | 1994-05-06 MITSC (Summary of April 13 Workshop on Fishing Issues) |
| 105 | 1994-05-11 ME Permit; Taking of sucker, alewife, yellow perch |
| 106 | 1994-06-02 PN (Banks)-ME Live Fish (Crommett) |
| 107 | 1994-06-03 MITSC (June 29 Meeting; Reports) (43pp) |
| 108 | 1994-06-27 EPA - PN I-991541-94 |
| 109 | 1994-06-27 ME Application to take eel |
| 110 | 1994-06-28 ME Application to take eel |
| 111 | 1994-06-29 ME Application to take eel |
| 112 | 1994-07-13 PN Fish and Game Committee Minutes |
| 113 | 1994-07-14 PN (Fay)-Banks Memo 7-13-94 Meeting |
| 114 | 1994-07-18 ME Application to take eel |
| 115 | 1994-07-19 PN Banks-Governor and Coun Changes to Chapter VII |
| 116 | 1994-07-21 ME Application to take eel |
| 117 | 1994-07-21 PN (Bisulca)-Ramirez; et al |
| 118 | 1994-07-25 ME Application to take eel |
| 119 | 1994-08-13 MITSC (Scully)-Banks & Hurley (Eel Fishing) |
| 120 | 1994-08-19 PN (Membrino) - Me (Pidot) |
| 121 | 1994-09-21 U.S Senate (McCain and Inouye)-Cohen  and Mitchell - PN Res. |
| 122 | 1994-09-28 ME DIFW (Bourque)-Corriveau |
| 123 | 1994-09-28 PN (Bisulca)-Hill and Shields |
| 124 | 1994-10-14 MITSC (25 pp) |
| 125 | 1994-10-26 PN Tribal Court-Def. Motion to Dismiss Daigle |
| 126 | 1994-12-13 PN (Fay)-Banks and Bisulca |
| 127 | 1994-12-28 PN Fish and Game Committee Minutes |
| 128 | 1994-95 ME & PN on Eel & Suckers, Meeting notes, etc |
| 129 | 1995-01-04 PN Tribal Court-PN Opp to Def. Motion to Dismiss Daigle |
| 130 | 1995-01-10 ME DIFWKircheis-Bourque re Eel Committee Recs on Commercial Fishing |
| 131 | 1995-01-20 PN (Fay)-Fish and Game Committee |
| 132 | 1995-01-27 US DOJ (Almy) -- Maine Supreme Court (Atlantic Salmon Fed) |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 133 | 1995-03-15 PN Special Council Meeting (with Bisulca Report) |
| 134 | 1995-03-22 PN Fish and Game Committee Minutes |
| 135 | 1995-03-22 PN Fish and Game Committee Minutes |
| 136 | 1995-04-05 PN Fish and Game Committee Minutes |
| 137 | 1995-04-05 PN Fish and Game Committee Minutes |
| 138 | 1995-04-06 PN (Banks)-MS (Hurley) re Eel Potting |
| 139 | 1995-04-10 PN Fish and Game Committee Minutes   (Amended  1995-06-25) |
| 140 | 1995-04-10 PN Fish and Game Committee Minutes (Amended 1995-06-29) |
| 141 | 1995-05-01 ME Parker Eel Permit |
| 142 | 1995-05-02 PN Fish & Game (Sappiel) Summary |
| 143 | 1995-05-02 PN Minutes of Regular Council Meeting |
| 144 | 1995-05-15 ME Cooperatvie Agreement (PN and ME DIFW) |
| 145 | 1995-06-08 PN (Fay)-PN (FGC) Eel Permit Form |
| 146 | 1995-06-08 PN Eel Catch and Effort Reporting Form |
| 147 | 1995-06-14 ME Steeves Eel Permit |
| 148 | 1995-06-15 ME Crommett Eel Permit |
| 149 | 1995-06-29 PN Fish and Game Committe Minutes |
| 150 | 1995-06-29 PN Fish and Game Committee Minutes |
| 151 | 1995-07-07 PN (Fay)-Banks eel pots |
| 152 | 1995-07-11 ME DIFW Flagg-Eel Working Group re First Meeting |
| 153 | 1995-07-24 ME Steeves Eel Permit |
| 154 | 1995-08-04 PN (Fay)- ME DIFW (Bourque) Permits #69, 129, 72 |
| 155 | 1995-09-08 ME Doucette Eel Permit |
| 156 | 1995-09-14 ME Application to take eel |
| 157 | 1995-09-14 ME Sprague Eel Permit |
| 158 | 1995-10-10 PN Fish and Game Committee Minutes |
| 159 | 1995-10-16 Penobscot Nation v Daigle - Decision |
| 160 | 1995-10-16 PN Tribal Court Daigle |
| 161 | 1995-11-01 MITSC (Katz)-FERC |
| 162 | 1995-12-09 PN-USEPA re Water Quality Standards (Exhibit 13) |
| 163 | 1995-12-27 ME New Bass Tourn-Rule |
| 164 | 1996 ME Eel Taking Permit Application (State Forms) |
| 165 | 1996-00-00 ME IFW eel pot definition and conditions for operations |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 166 | 1996-00-00 ME IFW eel taking permit application |
| 167 | 1996-00-00 ME IFW eel weir definition and conditions for operations |
| 168 | 1996-01-11 Fay to IFW re bass tournament rules |
| 169 | 1996-01-29 US Dept or Army (Clement)-Fay and Bisulea re draft conditions |
| 170 | 1996-02-29 PN-USEPA re Water Quality Standards |
| 171 | 1996-03-01 USDept of Army (Bradbury)-Scott re Letter of Permission |
| 172 | 1996-03-26 ME IFW to eel potters |
| 173 | 1996-04-03 ME (Bourque)-All Regions re Fresh Water Commercial Eel Fishing (9 Encl.) |
| 174 | 1996-04-03 ME DIFW (Bourque)-Whom |
| 175 | 1996-05-31 USEPA-PN re Water Quality Standards |
| 176 | 1996-07-29 PN (Fay)-Interagency Memo |
| 177 | 1996-08-05 USDOI (Russell)-PN (Fay) |
| 178 | 1996-08-15 Altantic Salmon Authority (Baum)-PN (Fay) |
| 179 | 1996-08-15 ME Response to DOI |
| 180 | 1996-08-26 PN(Chavaree)- ME(Almy) Speed Law |
| 181 | 1996-09-10 PN (Biscula) - ME (Owen) |
| 182 | 1996-09-23 PN (Biscula) - ME (Owen) |
| 183 | 1996-09-30 PN (Banks)-Scott re permission to commence log salvage operation |
| 184 | 1996-10-16 ME (Latno)-PN(Fay) re List of Eel Pot Owners |
| 185 | 1996-11-01 PN (Membrino) - USDOI (Leshy) |
| 186 | 1996-11-13 ME (Kircheis)-PN(Fay) re Eel Potting Deferral/Data |
| 187 | 1996-11-13 ME DIFW (Kircheis)-PN (Fay) |
| 188 | 1996-11-20 PN (Fay)-ME DIFW (Kercheis) |
| 189 | 1996-11-20 PN(Fay)-ME (Kercheis) re Eel Potting Data |
| 190 | 1996-11-22 ME IFW Bourque-Kircheis re PN and Fisheries Management (with attached corresp.) |
| 191 | 1996-11-22 ME IFW to PN (Mitchell) Relations on River |
| 192 | 1996-11-22 ME IFW to PN Bisulca Relations on River |
| 193 | 1996-12-13 PN Fish and Game Committee Minutes |
| 194 | 1997-01-22 USEPA Response to Comments re LP&P NPDES (Exhibit 15) |
| 195 | 1997-03-03 PN-US Natural Resources Damages |
| 196 | 1997-04-09 DOI Comments (full) -- FERC (Milford) |
| 197 | 1997-04-09 US DOI Comments (pp 1-37) -- FERC (Milford License) |
| 198 | 1997-04-09 USDOI Comments (full) -- FERC (Milford) |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 199 | 1997-05-19 MITSC (Report on Workshop on Fishing Issues) |
| 200 | 1997-05-30 Maine Response to DOI Comments -- FERC (Milford License) |
| 201 | 1997-06-03 ME (Stern)- USEPA (DeVillars) re; LP&P Permit |
| 202 | 1997-08-13 PN-USDOI MOU |
| 203 | 1997-09-02 USDOI-EPA (DeVillars) re_ Permit No. ME0002003 |
| 204 | 1997-11-10 USDOI Resp to ME Comment May 30 -- FERC (Milford) |
| 205 | 1997-11-14 USDOI -- EPA (LPP NPDES Permit) |
| 206 | 1998-03-25 PN Fish and Game Committee Minutes |
| 207 | 1998-04-09 USDOI - FERC (Milford) Response to State |
| 208 | 1998-04-20 FERC Decision (Milford License) |
| 209 | 1998-05-05 PN Atlantic Salmon Permit |
| 210 | 1998-05-21 USDOI - FERC (Milford) Rehearing Request |
| 211 | 1998-09-23 EPA - PN  EQ-991148-01-0 |
| 212 | 1998-11-18 USDOI Memo to Keel re Restoration Upper Penobscot |
| 213 | 1999-03-18 PN (Chavaree)-Land Committee update on status of log salvage |
| 214 | 1999-06-15 PN Eel Permit (Arenstein) & Forms  (18 pp) |
| 215 | 1999-06-15 PN Eel Potting Permit No. 9901 (Arenstein) |
| 216 | 1999-07 USDOI BIA (Duffield, et als) Final Report |
| 217 | 1999-07-16 PN (Fay)-ME DIFW (Kircheis) |
| 218 | 1999-07-27 USEPA-PN MOU |
| 219 | 1999-09-02 MITSC (Committee on Nat. Res & Envir.) |
| 220 | 1999-09-07 PN Commercial Eel Potting Permit (Crommett) |
| 221 | 1999-09-14 Crommett Eel Data |
| 222 | 1999-09-28 EPA - PN  BG-991247-02 |
| 223 | 1999-12-29 USDOI- Senator Snowe |
| 224 | 1999-12-29 USDOI- Senator Snowe re US Geologic Survey |
| 225 | 2000-02-25 PN Affidavit of John Banks |
| 226 | 2000-02-29 Public Exhibits to Comments re App to EPA for Authority (Corrected) |
| 227 | 2000-03-31 PN Commercial Eel Potting Permit (Drew) |
| 228 | 2000-03-31 PN Eel Potting Permit No. 00-001 (Drew) |
| 229 | 2000-03-31 PN Eel Potting Permit No. 00-002 (Beal) |
| 230 | 2000-04-07 PN (Banks)-USFW Fisheries  Management |
| 231 | 2000-05-16 USDOI Opinion (Cohen) -- EPA (ME NPDES App) |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 232 | 2000-10-19 PN-Archaeological Research Ass Permit |
| 233 | 2001-05-01 US Proof of Claim (LP&P Bankruptcy) |
| 234 | 2001-05-01 US Proof of Claim (LP&P Bankruptcy) |
| 235 | 2001-09-07 USDOI-PN re; US Trust, Fishing Right, LP&P Bankruptcy |
| 236 | 2001-6-22 ME-PN-US Shad Agreement |
| 237 | 2002-04-24 PN Atlantic Salmon Permit |
| 238 | 2002-06-13 USEPA - Peckenham re Dioxin, Furan and PCB distribution |
| 239 | 2002-06-14 PN Atlantic Salmon Permit |
| 240 | 2003-02-21 BPHA (Hall)-FERC (Salas) |
| 241 | 2003-08-08 Coffman (ME ) Complaint and Summons for Forcible Entry & Detainer |
| 242 | 2003-09-03 Coffman (ME) Motion to Dismiss or Stay - w_exhibits |
| 243 | 2003-09-05 Coffman (ME) Order Staying Proceedings |
| 244 | 2004-07-29 PN-ME Temporary Land Use Permit (with Clark Letter) |
| 245 | 2005-02-22 PN Nuisance Permit (White) |
| 246 | 2005-03-02 Coffman (PN) Judgment |
| 247 | 2005-03-02 PN Tribal Court (Coffman) |
| 248 | 2005-03-16 PN (Fay) West Enfield Fisheries Fund Report |
| 249 | 2005-04-14 PN Warden Log re Ewing |
| 250 | 2005-05-13 ME Dunham-Sanborn |
| 251 | 2005-05-19 Coffman (ME) Voluntary Dismissal |
| 252 | 2005-06-06 ME DIFW-PN (Gould) re Dunham & Ewing letter |
| 253 | 2005-06-27 (PN) Fay - Land Committee Biodiversity Permit |
| 254 | 2005-07-25 PN-Biodiversity Permit |
| 255 | 2007-01-17 PN Nuisance Permit (Sevett) |
| 256 | 2007-08-01 DOJ-PN 2007HEWX0027 |
| 257 | 2008-07-29 Gov. Baldacci (Mahoney)-Cabinet re: River |
| 258 | 2009-01-23 PN Nuisance Permit (Moon) |
| 259 | 2009-01-23 PN Nuisance Permit (White) |
| 260 | 2009-12-01 PN Nuisance Permit (Moon) |
| 261 | 2009-12-01 PN Nuisance Permit (White) |
| 262 | 2010-03-30 Ende-Chavaree re River |
| 263 | 2010-05-14 ME (Baldacci)- ME (MIFW) (Jacques) River & MITSC Resolution |
| 264 | 2010-05-14 ME (Baldacci)- ME (MIFW) (Jacques) River & MITSC Resolution |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 265 | 2010-07-22 PN River (Banks) Fish and Game Committee Minutes |
| 266 | 2010-09-01 DOJ-PN 2010UMWX0150 |
| 267 | 2010-09-29  PN Paul - Gould re River |
| 268 | 2011-04-27 PN River (Banks) Fish and Game Committee Minutes |
| 269 | 2011-09-14 PN Fish and Game Committee Minutes |
| 270 | 2011-09-16 PN Nuisance Permit (Mackowski) |
| 271 | 2012-03-12 PN – ME FOAA Request with Settlement Agreement |
| 272 | 2012-03-14 PN Fish and Game Committee Minutes |
| 273 | 2012-04-02 (est.) ME Response to March 2012 FOAA |
| 274 | 2012-08-03 Emails between Francis and Billings |
| 275 | 2012-08-03 Emails between Francis and Billings re River |
| 276 | 2012-08-06 Emails between Francis and Billings re Meeting |
| 277 | 2012-08-08 Emails between Francis and Billings |
| 278 | 2012-08-08 ME AG Schneider to Chief Francis (with Opinion) |
| 279 | 2012-08-13 Emails between Francis and Bilings |
| 280 | 2012-08-13 Emails between Francis and Bilings re meeting |
| 281 | 2012-13 ME IFW Open Water Rules |
| 282 | 2013 ME IFW Open Water Rules |
| 283 | 2013-01-04 Dana-Boland Re Fishing Rule |
| 284 | 2013-01-22 ME Secretary of State Rules-Links to 'Waters in Indian Territory' |
| 285 | 2013-03-26 PN Nuisance Permit (Mackowski) |
| 286 | 2013-04-01 PN Nuisance Animal Permit |
| 287 | 2013-06-12 PN Fish and Game Committee Minutes |
| 288 | 2013-12-11 Prins Report |
| 289 | 2013-12-11 Prins Addendum 1 |
| 290 | 2013-12-11 Prins Addendum 2 |
| 291 | 2013-12-11 Prins Addendum 3 |
| 292 | 2013-12-11 Prins Addendum 4 |
| 293 | 2013-12-11 Prins Addendum 5 |
| 294 | 2013-12-11 Prins Addendum 6 |
| 295 | 2013-12-11 Prins Addendum 7 |
| 296 | 2013-12-11 Prins Addendum Unmarked (14) |
| 297 | 2014-04-25 PN Nuisance Permit (Mackowski) |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 298 | 2015-01-30 DOI- EPA re Maines Tribal Fishing Rights.pdf |
| 299 | 2015-02-02 EPA-ME (DEP) re Review and Decision on Water Quality Standards Revisions.pdf |
| 300 | Map 10_10 NoNameIsland |
| 301 | Map 10_1Indisland |
| 302 | Map 10_2SugarIsland |
| 303 | Map 10_3OlamonIsland |
| 304 | Map 10_4LongIsland |
| 305 | Map 10_5MohawkIsland |
| 306 | Map 10_6MattanawcookIsland |
| 307 | Map 10_7HerseyIsland |
| 308 | Map 10_8BrownIslands |
| 309 | Map 10_9BoomIslands |
| 310 | Map Reach1_Lincoln-Medway18x24_70 |
| 311 | Map Reach1-3_Ils-Medway18x24_80 |
| 312 | PN Forms -- Application for Eel Potting Permit for Reservation Waters |
| 313 | PN River & Warden - Troy Francis |
| 314 | PN River & Warden - Troy Francis |
| 315 | PN River & Warden - Troy Francis |
| 316 | PN River & Warden - Troy Francis |
| 317 | PN River & Warden - Troy Francis |
| 318 | PN River & Warden - Troy Francis |
| 319 | PN River & Warden - Troy Francis |
| 320 | PN River & Warden - Troy Francis |
| 321 | PN River & Warden - Troy Francis |
| 322 | PN River & Warden - Troy Francis |
| 323 | PN River (Wardens) 3 |
| 324 | PN River 101 |
| 325 | PN River 102 |
| 326 | PN River 130 |
| 327 | PN River 133 |
| 328 | PN River 134 |
| 329 | PN River 135 |
| 330 | PN River 136 |

| Exhibit No. | Joint Stipulated Exhibit List |
|:---:|:---|
| 331 | PN River 139 |
| 332 | PN River 140 |
| 333 | PN River 141 |
| 334 | PN River 142 |
| 335 | PN River 145 |
| 336 | PN River 148 |
| 337 | PN River 152 |
| 338 | PN River 153 |
| 339 | PN River 154 |
| 340 | PN River 158 |
| 341 | PN River 169 |
| 342 | PN River 17 |
| 343 | PN River 14 |
| 344 | PN River 18 |
| 345 | PN River 2 |
| 346 | PN River 30 |
| 347 | PN River 35 |
| 348 | PN River 4 |
| 349 | PN River 41 |
| 350 | PN River 43 |
| 351 | PN River 46 |
| 352 | PN River 53 |
| 353 | PN River 56 |
| 354 | PN River 57 |
| 355 | PN River 59 |
| 356 | PN River 65 |
| 357 | PN River 66 |
| 358 | PN River 75 |
| 359 | PN River 78 |
| 360 | PN River 8 |
| 361 | PN River 82 |
| 362 | PN River 83 |
| 363 | PN River 84 |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 364 | PN River 88 |
| 365 | Sustenance Fishermen Alert |
| 366 | Penobscot River Aerials DVD |
| 367 | Disc Containing Dobbs Productions Aerial Footage of Penobscot River Produced on February 24, 2014 |
| 368 | Disc Containing Dobbs Productions Aerial Footage of Penobscot River Produced on February 25, 2014 |
| 369 | Bourque Deposition Transcript |
| 370 | Bourque Deposition Exhibit 1 - CV |
| 371 | Bourque Deposition Exhibit 2- Journal of Park Holland |
| 372 | Bourque Deposition Exhibit 3- Collection De Manuscrits |
| 373 | Bourque Deposition Exhibit 4- Memorial of Father Loyard |
| 374 | Bourque Deposition Exhibit 5- Excerpt from the Bangor Historical Mag |
| 375 | Bourque Deposition Exhibit 6- Article from Third Provincial Congress |
| 376 | Bourque Deposition Exhibit 7- Correspondence of William Shirley Excerpt |
| 377 | Bourque Deposition Exhibit 8- Travels Through the United States et al. Excerpt |
| 378 | Bourque Depo - 1/1/1797 Mass Resolve 1796, ch. 86, Papers relating to treaty with Penobscot Indians, MA Archives |
| 379 | Bourque Depo -6/23/1797 Mass Resolve 1797, ch. 45, legislative file, MA Archives |
| 380 | Bourque Depo -2/28/1811 Mass Resolve 1810, ch. 141, legislative file, MA Archives |
| 381 | Bourque Depo -12/14/1816 Mass Resolve 1816, ch. 176, legislative file, MA Archives |
| 382 | Bourque Depo -2/6/1818 Petition of the Penobscot Indians |
| 383 | Bourque Depo -6/10/1833 Deed, Penobscot Tribe to State of Maine |
| 384 | Bourque Depo -6/10/1833 Report of Commissioners appointed to purchase lands of the Penobscot Indians |
| 385 | Bourque Depo -6/27/1833 Report of Council on Report of Commissioners appointed to purchase lands of the Penobscot Indians |
| 386 | Bourque Depo -6/28/1833 Report, Joint Standing Committee on Warrants |
| 387 | Bourque Depo -1/10/1834 Report of Commissioners appointed to purchase lands of the Penobscot Indians |
| 388 | Bourque Depo -1/21/1834 Standing Committee on Indian Affairs Report on Commr's Rept & 1833 resolve |
| 389 | Bourque Depo -12/26/1833 Petition of Penobscot Indians & legislative consideration |
| 390 | Bourque Depo -6/10/1833 Bond of Commissioners |
| 391 | Bourque Depo -6/10/1833 Report of Commissioners appointed to purchase lands of the Penobscot Indians |
| 392 | Bourque Depo -4/23/1785 Petition of Inhabitants of West Side Penobscot River |
| 393 | Bourque Depo -12/31/1821 Indian Agents Rept |
| 394 | Bourque Depo -11/5/1829 Penobscot letter |
| 395 | Bourque Depo -12/30/1829 Penobscot letter |
| 396 | Bourque Depo -1/20/1830 Indian Agent Report |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 397 | Bourque Depo -1605 History of Abenakis |
| 398 | Bourque Depo -1605-1943 History of the Archdiocese of Boston |
| 399 | Bourque Depo -1630-1684 Documents relating to the History and Settlements of the Town along Hudson and Mohawk Rivers |
| 400 | Bourque Depo -1661-1669 Travels and Explorations of the Jesuit MIssionaries in New France |
| 401 | Bourque Depo -1677-06-20 Extract of a letter of Father Morain Escritte (in French) |
| 402 | Bourque Depo -1709 Collections of the Massachusetts Historical Society Vol VI |
| 403 | Bourque Depo -1724 The Pioneers of New France in New England |
| 404 | Bourque Depo -1726-11-24 Lists of tribes and chiefs |
| 405 | Bourque Depo -1727-12-12 House of Representatives |
| 406 | Bourque Depo -1750-04-17 Indian Letter |
| 407 | Bourque Depo -1754-05-08 Correspondence of William Shirley to Sir Thomas Robinson |
| 408 | Bourque Depo -1757-02-22 Bradbury to Governor |
| 409 | Bourque Depo -1759 Message from Governor |
| 410 | Bourque Depo -1759-05 Article VI Journal of Voyage of Gov. Thomas Pownall |
| 411 | Bourque Depo -1759-05 Journal of the Voyage of Gov. Thomas Pownall |
| 412 | Bourque Depo -1764 Journal |
| 413 | Bourque Depo -1765-11-30 Letter upon return |
| 414 | Bourque Depo -1767-09-06 Extracts of a Letter from Thomas Goldthwait to Governor |
| 415 | Bourque Depo -1767-09-10 Proclamation by Gov. Bernard |
| 416 | Bourque Depo -1775 Third Provincial Congress |
| 417 | Bourque Depo -1777-10-15 Answer to a complaint entered |
| 418 | Bourque Depo -1778-04-10 Document History of the State of Maine |
| 419 | Bourque Depo -1784-07-02 May Session |
| 420 | Bourque Depo -1786-10-11 Agreement with the Penobscot Indians |
| 421 | Bourque Depo -1795-02-25 Resolves January Session |
| 422 | Bourque Depo -1796-1797 Certificate on the plat by Park Holland |
| 423 | Bourque Depo -1797-06-03 Resolves 1797 Chap 45 |
| 424 | Bourque Depo -1809 Collections of the Massachusetts Historical Society |
| 425 | Bourque Depo -1810 Sawyer letter to Rev. Jenks about talks with Penobscot Indians and agricultural training and settling |
| 426 | Bourque Depo -1810-11-30 Letter to REv. Jenks about talks with Indians from Sawyer |
| 427 | Bourque Depo -1818 Criminal Code |
| 428 | Bourque Depo -1820-07-22 Niles Register - Penobscot Indians |
| 429 | Bourque Depo -1821 Chapter CLXXIX An Act for teh preservation of certain Fish |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 430 | Bourque Depo -1822-01 Joseph Butterfield Affidavit |
| 431 | Bourque Depo -1843 Acts and Resolves passed by the Twenty Third Legislature |
| 432 | Bourque Depo -1858 Documents relative to the Colonial History of the State of New York |
| 433 | Bourque Depo -1890 Sir Ferdinanco Gorge and His Provide of Maine Memoir |
| 434 | Bourque Depo -1896 Collections and Proceedings Maine Historical Socienty 2nd Series Vol VII |
| 435 | Bourque Depo -1896 Collections Proceeding Maine Historical Society |
| 436 | Bourque Depo -1907 Documentary History of the State of Maine Vol. X |
| 437 | Bourque Depo -1916 Documentary History of The State of Maine Vol XXIV containing Baxter Manuscripts |
| 438 | Bourque Depo -1916 Documentary HIstory of the State of Maine Vol XXIV depo page |
| 439 | Bourque Depo -1916 Documentary HIstory of The State of Maine Vol. XXIV containing Baxter Manuscripts |
| 440 | Bourque Depo -1916 Documentary History of the State of Maine Vol. XXIV depo page |
| 441 | Bourque Depo -1916 Documentary of History fo The State of Maine XXIII |
| 442 | Bourque Depo -1916 History of the State of Maine containing The Baxter Manuscripts |
| 443 | Bourque Depo -1938 The Massachusetts BAy Truck Houses in Diplomacy with the Indians |
| 444 | Bourque Depo -1972-07-14 Observations on Aspects of the History of the Penobscot Indians which may be relevant to US v. Maine, Civil No. 1969 |
| 445 | Bourque Depo -1977-03-22 Ltr to Justice Gunter from Archibald Cox |
| 446 | Bourque Depo -1977-08-20 Summary of Massachusetts - Penobscot Relations - Update |
| 447 | Bourque Depo -1977-12 Report Regarding Use and Occupancy of Maine Lands by the Passamaquoddy and Penobscot Indians from 1600-1820 |
| 448 | Bourque Depo -1993-12-08 Ltr to Boxer from O'Hara with copy of Report on the Claims of the Penobscot Indian Nation |
| 449 | Bourque Depo -Description of the Coast, Harbours, Habitations, Landmarks, Latitude, Longitude, with the map |
| 450 | Bourque Depo -Historical Summary - Relations between the Penobscot Tribe and the Provide and State of Mass up to 1796 |
| 451 | Bourque Depo -Journal of Park Holland |
| 452 | Bourque Depo -Mission of Penhallow and Atkinson |
| 453 | Bourque Depo -Sprague's Journal of Maine History |
| 454 | Bourque Depo-Tribalization |
| 455 | 1980-03-13 Coulter, Memorandum re Maine Claim Settlement Bills |
| 456 | 1980-03-18 Statement of Attorney General Cohen |
| 457 | 2012-08-00 Sustenance Fishing Alert |
| 458 | 2012-07-20 Georgia incident report |
| 459 | 2012-07-20 Fahey incident report |
| 460 | 2011-05-22 Banks email |
| 461 | 2008-07-14 Ltr Banks to Comm'r Martin |
| 462 | 2008-07-14 Ltr Banks to Comm'r Littel |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 463 | 1988-02-16 Op AG 88-2 |
| 464 | 2012-03-29 March 2012- March 2013 Emails IF &W booklet |
| 465 | 2010-06-07 MITSC minutes |
| 466 | 2010-07-01 MITSC minutes |
| 467 | 2010-10-04 MITSC minutes |
| 468 | 2011-10-24 MITSC minutes |
| 469 | 2011-12-20 MITSC minutes |
| 470 | 2013-02-20 MITSC minutes |
| 471 | 2013-12-24 PIN Comments to FERC re Mattaceunk Project 2520-072 |
| 472 | 1980-01-09 Ltr, Tureen to Paterson w/ attached federal and state settlement acts drafts |
| 473 | 2008-7-14 Email, Coghlan to Dill |
| 474 | 2008-7-14 Email exchange, Dill, Bourque, McNeish & others |
| 475 | 2008-7-14 Email, Kelliher to Mahoney & others, attached BDN article |
| 476 | 2010-3-22 Email exchange, Randlett to Keliher, Lapoint & others |
| 477 | 1979-11-8 Memo, Paterson to Cohen w/ attached DOI ltr and draft federal settlement act |
| 478 | 1979-11-9 Memo, Paterson to file, U.S. v Maine |
| 479 | 1976-7-29 Memo, Commr Marsh to Biologists & Wardens re eel weir permits |
| 480 | 1994-12-28 Outine for Sucker & Eel Committee Mtg |
| 481 | 1995-2-8 Memo, Kircheis to Bourque |
| 482 | 1995-7-7 Loring Eel Weir permit |
| 483 | 1995-4-18 Loring eel application |
| 484 | 1995-10-18 Green sucker, alewife, yellow perch permit |
| 485 | 1995-9-1  Green sucker, alewife, yellow perch application |
| 486 | 1995-6-5 Loring eel permit |
| 487 | 1995-7-14 American Eel Working Group Meeting agenda |
| 488 | 1995-7-31 Ltr, Comm'r Alden to Rep. Peavey |
| 489 | 1996-4-3 Memo, Bourque to All regions and Bangor |
| 490 | 1996-4-3 Ltr., Bourque to All Eel Weir Operators |
| 491 | 1996-3-26 Memo, Bourque to Eel Potters |
| 492 | 1996-3-1 Eel Taking Permit Application w/ attached definitions & conditions |
| 493 | 1996-3-1 Application to take sucker, alewife, yellow perch w/ attached definitions & conditions |
| 494 | 1996-4-3 Ltr., Bourque to All Eel Weir Operators |
| 495 | 1996-11-1 Notice of Public Informational Mtg re eel & elver fisheries |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 496 | 1993-1-1 Copy of Title 30, section 6207(6) |
| 497 | 1997-3-4 Memo, To All Eel Weir Operators |
| 498 | 1995-3-14 Fay PIN Outline of Issues & Strategies re PIN's Proposal New Regs re Bass Tournaments |
| 499 | 1996-12-3 Ltr., Fay PIN to Bourque IFW re bass tournaments |
| 500 | 1995-12-27 IFW rule promulgation materials re bass tournaments on Penobscot River |
| 501 | 2008-7-14 Ltr.  Banks PIN to Comm'r Martin IFW |
| 502 | 2000-10-9 email, Fay PIN to Bourque IFW re gill nets, 12 MRS section 7774 |
| 503 | 1996-5-10 Ltr., Bourque IFW  to Fay PIN enclosing list of waters open to harvesting  yellow perch |
| 504 | 1982-3-24 Ltr. Pickman EPA to Dominie Gov. Office enclosing status report on Maine Indians |
| 505 | 1980-12-30 Memo, Comm'r Manuel IFW to Flanagan, Gov. Office re implementation of settlement |
| 506 | 1982-4-1 Memo, Carter IFW to Marsh IFW re Indian mtg on 3/22/1982 |
| 507 | 1979-3-13 AG Op re statutory felony restriction & tribal office unconstitutional |
| 508 | 1985-2-20 Ltr Keough EPA to Comm'r Warren, DEP re water quality standards approval w/ comments |
| 509 | 1985-11-12 Ltr. Keough EPA to Comm'r Warren, DEP re water quality standards |
| 510 | 1986-7-16 Ltr. Keough EPA to Comm'r Warren, DEP re water quality standards |
| 511 | 1986-8-20 Ltr. Keough EPA to Comm'r Warren, DEP re water quality standards |
| 512 | 1987-4-24 Ltr. Parenteau, EPA to Moore, Gov's office re water quality standards |
| 513 | 1987-5-21 Ltr. Deland, EPA to Comm'r Marriott, DEP re water quality standards |
| 514 | 1987-8-31 Ltr. Deland, EPA to Comm'r Marriott, DEP re water quality standards |
| 515 | 1988-11-3 Ltr. Fierra, EPA to Groves, DEP re water quality standards |
| 516 | 1989-5-11 Ltr. Bandrowicz, EPA to Aherns, AG water quality standards |
| 517 | 1990-12-20 Belaga, EPA to Marriott, DEP re water quality standards |
| 518 | 1993-3-25 Ltr. Keough, EPA to Marriott, DEP re water quality standards |
| 519 | 1993-4-12 Ltr. Manfredonia, EPA to Marriott, DEP re water quality standards |
| 520 | 1999-6-28 Ltr. Murphy, EPA to Purington, DEP re water quality standards |
| 521 | 2004-2-9 Ltr. Murphy, EPA to Comm'r Gallagher, DEP re water quality standards |
| 522 | 2005-1-25 Ltr. Murphy, EPA to Comm'r Gallagher, DEP re water quality standards |
| 523 | 1985-11-22 NPDES Permit ME0101311 and Fact Sheet |
| 524 | 1985-9-20 Ltr. McSweeney, EPA to Groves, DEP re draft permits, state section 401 certifications |
| 525 | 1985-11-6 PIN section 401 certification |
| 526 | 1990-7-27 Ltr. McSweeney, EPA to Guimond, PIN & application for NPDES permit renewal |
| 527 | 1993-1-29 PIN Municipal Application for Waste Discharge License w/ PIN check for $1450.00 |
| 528 | 2003-3-29 MeDEP to PIN waste discharge license renewal |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 529 | 2000-3-30 Ltr MeDEP to Nicola re waste discharge license |
| 530 | 1983-5-17 Ltr  PIN Housing Authority to MeDEP re renewal waste discharge license |
| 531 | 1988-6-22 MeDEP to PIN waste discharge license renewal |
| 532 | 1987-4-28 MeDEP to PIN  waste discharge license amendment |
| 533 | 1985-7-25 MeDEP to PIN waste discharge license |
| 534 | 1983-9-21 Ltr MeDEP to PIN re waste discharge license |
| 535 | 1983-7-27 MeDEP to PIN waste discharge license |
| 536 | 1985-12-27 Passamaquoddy NPDES permit |
| 537 | 1764-11-17 Barnard to Bd of Trade |
| 538 | 1783-2-15 Message, Hancock to House of Representatives |
| 539 | 1780-5-9 Adams to the President of Congress |
| 540 | 1782-11-6 Ltr Adams to Livingston |
| 541 | 1782-11-10 Adams Diary |
| 542 | 1782-11-11 Adams to Livingston |
| 543 | 1830-5-10 Ltr Edward Bangs, Mass. Sec'y of State to Samuel Hussey, Penobscot Indian Agent |
| 544 | 1830-3-3 Account, George Coffin, Mass Land Agent |
| 545 | 1804-5-31 Deed, Salem Town to Joseph Treat & Daniel Webster HCRD Bk. 14 pp. 335-337 |
| 546 | 1805-6-17 Deed, Salem Town to Joseph Treat, HCRD Bk 22, p. 238 |
| 547 | 1813-3-13 Deed, Joseph Treat et al to Commonwealth |
| 548 | 1831-1-25 Council Report No. 17 1831 Inclosure, Report on Indian Affairs |
| 549 | 1831-1-26 Committee on Indian Affairs Report |
| 550 | 1834-8-23 Deed, Bartlett & Purinton to Massachusetts & Maine PCRD Bk 47, p. 369 |
| 551 | 1834-10-11 Deed, Massachusetts & Maine to Wadleigh et al PCRD Bk 59 p. 354-356 |
| 552 | 1835-1-1 Land Agent's Report, John Hodgdon |
| 553 | 1797-12-20 Holland Map of Penobscot River PCRD Clerk 109 |
| 554 | 1820-9-1 Map Treat 14  (Pawling at 76) |
| 555 | 1812-1-1 Survey Map of Islands in Penobscot River above Bangor (Pawling at 20) |
| 556 | 1832-2-9 Map of Island in Penobscot River |
| 557 | 1869-1-1 The Water-Power of Maine, Appendix, by Walter Wells |
| 558 | 1791-11-23 Petition of Inhabitants of Penobscot River |
| 559 | 1821-1-1 Petition of Penobscot Bay Weir Fisherman |
| 560 | 1822-1-8 Joseph Butterfield Petition |
| 561 | 1821-12-31 Indian Agents Rept |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 562 | 1823-1-6 Indian Agent letter |
| 563 | 1823-1-6 List of islands & census |
| 564 | 1835-6-25 Executive Council Report |
| 565 | 1942-00-00 Maine Legislative Research Committee Proctor Report on Maine Indians |
| 566 | 1952-8-4 Indian Affairs Report to Legislative Research Committee |
| 567 | 1952-6-20 James W. Sewall Company Preliminary Report on Islands in the Penobscot River |
| 568 | 1971-2-1 Indian Affairs Brief Summary on Maine Indians |
| 569 | 1975-12-1 Indian Affairs Brief Summary on Maine Indians, revised |
| 570 | 1904-5-6 Opinion Maine Attorney General |
| 571 | 1951-12-18 Opinion Maine Attorney General |
| 572 | 1972-6-7 Opinion Maine Attorney General |
| 573 | 1979-11-9 Letter from AG Cohen to Senator Muskie Re: Indian Land Claim |
| 574 | 1979-11-9 Letter from AG Cohen to Senator Cohen Re: Indian Land Claim |
| 575 | 1979-11-9 Letter AG Cohen to Rep. Snowe Re: Indian Land Claim |
| 576 | 1979-11-9 Letter from AG Cohen to Rep. Emery Re: Indian Land Claim |
| 577 | 1979-11-12 Letter from AG Cohen to Maine Legislative Council Re: Land Claims Litigation |
| 578 | 1980-7-18 Memo, Hull to Chairmen of the Joint Select Committee on Indian Land Claims |
| 579 | 1980-9-16 Memo, Hull to Members of the Joint Select Committee on Indian Land Claims r |
| 580 | 1980-4-17 Article, Christian Science Monitor, "Biggest Indian Victory Since the Little Big Horn" |
| 581 | 1980-4-4 AP Article "One Indian with a Keen Interest" |
| 582 | 1981-5-1 NARF Announcements Article, "The Eastern Indian Land Claims, Part I: The Land Claims Settlement" |
| 583 | 1982-1-1 NARF Announcements Article, "Eastern Indian Land Claims, Part II: Update on NARF's Cases After Maine" |
| 584 | 1985-1-1 NARF Legal Review, "Settlement Provides Tribes Investment Opportunities" |
| 585 | 1980-3-13 Summary of the Proposed Maine Indian Land Claims Settlement |
| 586 | 1980-3-13 Summary of the Proposed Maine Indian Land Claims Settlement |
| 587 | 1980-3-13 Summary of the Proposed Maine Indian Land Claims Settlement |
| 588 | 1984-9-10 Memo from Leigh Price to David Pickman EPA |
| 589 | 1984-10-22 Memo from Josephine S. Cooper EPA to William D. Ruckelshaus EPA |
| 590 | 1984-11-8 EPA Policy for the Administration of Environmental Programs on Indian Reservations |
| 591 | 1991-6-13 Letter, Heather J. Westra PN to William W. Nuzzo EPA |
| 592 | 1991-5-28 Letter, Heather J. Westra PN to William W. Nuzzo EPA |
| 593 | 1991-5-28 Water Quality Protection of the Penobscot River Proposal, submitted to EPA by PIN |
| 594 | 1993-7-20 Memo, Taylor EPA to Laing EPA re: Penobscots Treatment as a State under CWA |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 595 | 1993-7-23 Letter, Keough EPA to Pardilla, PN |
| 596 | 1993-9-10 Letter, Taylor EPA to Banks PN |
| 597 | 2000-7-11 Letter Senator Snowe to  Browner EPA |
| 598 | 2000-7-14 Letter Senator  Collins to Lubber EPA |
| 599 | 1980-3-21 Gov.  Brennan Press Release re: Indian Land Claims Settlement |
| 600 | 1980-3-25 Memo Manuel IF & W to Tara Executive |
| 601 | 1980-3-25 Memo Meister to Manuel IF & W |
| 602 | 1980-3-25 Letter Gov. Brennan to Senator Muskie |
| 603 | 1980-4-15 Letter Gov Brennan to Giguere |
| 604 | 1980-7-1 Press Release Gov. Brennan |
| 605 | 1980-7-18 Memo, Hull to Chairmen of the Joint Select Committee on Indian Land Claims |
| 606 | 1980-7-25 Memo Hull to Chairmen, Joint Select Committee |
| 607 | 1980-9-16 Memo, Hull to Members of the Joint Select Committee on Indian Land Claims r |
| 608 | 1980-8-12 Letter AG Cohen to Senator Melcher |
| 609 | 1980-8-19 Letter from AG Cohen to Senator Melcher |
| 610 | 1980-7-21 Letter AG Cohen to Sec'y Andrus |
| 611 | 1980-12-30 Memo Glenn H. Manuel to David Flanagan |
| 612 | 1981-4-20 Letter Dinkins, Flint DOJ to Elliott DOI |
| 613 | 1981-12-4 Letter Andrew M. Mead to Barry Stoodley |
| 614 | 1982-11-26 Thomas N. Tureen to AG Tierney |
| 615 | 1982-4-1 Memo Sgt. Carter Smith to Col. John F. Marsh |
| 616 | 1982-7-16 Letter Gov. Brennan to Congressman Yates |
| 617 | 1983-4-5 Letter  Kenneth Plumb FERC to DOI, PIN & Bangor Hydro |
| 618 | 1983-5-17 Letter Jensen, Assoc. Solicitor DOI to FERC |
| 619 | 1992-8-17 Letter Gov. Sappier PIN to Wilson, DOI |
| 620 | 2013-4-30 Letter from Purvis DOI to Stern, Me AG |
| 621 | 1994-3-3 Letter Leshy DOI to Gov. Pardilla PIN |
| 622 | 1994-9-30 Letter Briggs Bangor Hydro to Senators Mitchell and Cohen |
| 623 | 1994-11-7 Letter Briggs Bangor Hydro to AG Carpenter |
| 624 | 1995-10-20 Letter Senators Snowe, Cohen, and Congressman Baldacci to Gov. Hamilton PIN |
| 625 | 2007-7-5 U.S. Army Corp of Engineers Loring sunken log salvage file |
| 626 | 1996-11-15 Letter Owen IF & W to Gov Mitchell PN |
| 627 | 1996-11-15 Letter  Owen IF&W to Bisulca PIN |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 628 | 2003-4-8 IF&W Scientific Fish Collectors Permit to PIN, Clemon Fay |
| 629 | 2007-6-13 IF&W Application from PIN for Scientific Collectors Permit |
| 630 | 2007-6-21 IF&W to PIN for Scientific Fish Collectors Permit |
| 631 | 2008-10-31 Warden James Davis Report |
| 632 | 2008-10-30 E-mail Sgt Dunham to Major Sanborn IF&W |
| 633 | 2008-11-12 Memo Col. Wilkinson IF&W to Patrick Ende GO |
| 634 | 2010-3-22 E-mail  Jerry Reid AGO to Ende & Tilberg GO |
| 635 | 2010-3-29 E-mail Stern AGO to Ende GO |
| 636 | 2010-8-11 Letter Gov. Francis to Vicki Forest DOI and exhibits |
| 637 | 2011-2-3 Letter Kaighn Smith, Jr. to Harrington DOI |
| 638 | 2011-5-20 E-mail Brann to Dunham IF&W |
| 639 | 2011-5-22 E-mail Noble to Dunham |
| 640 | 2012-12-17 E-mail Wolitz DOI to Smith |
| 641 | 2013-1-7 E-mail Smith to Kunesh DOI |
| 642 | 1995-12-13 Letter O'Hara DOI to Cashell FERC |
| 643 | 1996-2-1 Letter Mark GNP to Cashell FERC |
| 644 | 1996-8-26 Letter Chavaree PIN to Chris Almy D.A. |
| 645 | 1996-8-3 State v. Miles Francis |
| 646 | 1993-8-3 Miles Francis Statement Livezey IF &W |
| 647 | 1996-8-3 Uniform Summons and Complaint Form Miles Francis |
| 648 | 1996-8-20 Letter  Bisulca to Col. Tripp IF&W |
| 649 | 2011-7-29 E-mail Major Sanborn to Col. Wilkinson IF&W |
| 650 | 2011-7-29 E-mail Wdn Georgia to Major Sanborn |
| 651 | 2011-12-2 E-mail Wilkinson to MWS-Command Staff |
| 652 | 2011-12-2 E-mail from Wdn Georgia to Sgt Dunham IF&W |
| 653 | 2012-7-20 Summary of Routing Boating Inspection by Game Warden Fahey |
| 654 | 2011-11-12 Penobscot Warden Service Daily Log |
| 655 | 1984-6-26 Bangor Hydro 27 FERC 61467 |
| 656 | 2008-07-14 E-mail Keliher DMR to Mahoney & Tilberg GO |
| 657 | 2014-3-12 E-mail Brown IF & W to Stern AGO |
| 658 | 2014-3-12 E-mail Brown IF & W to Stern AGO |
| 659 | 2010-2-10 E-mail Major Sanborn to Sgt Dunham IF & W |
| 660 | 1997-3-3 Memo Kramer to Bourque IF&W |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 661 | 1997-5-19 Memo, Scully MITSC to MITSC members & others |
| 662 | 2011-4-16 Letter Sgt Dunham IF&W to O'Brien |
| 663 | 2011-11-12 E-mail Ring to Sgt Dunham IF&W |
| 664 | 2011-11-17 E-mail from Curt Ring to Sgt Dunham IF&W |
| 665 | 2011-7-29 Email Wdn Georgia to Maj. Sanborn IF&W |
| 666 | 2011-12-2 E-mail from Wdn Georgia to Sgt Dunham IF&W |
| 667 | 1822-12-28 Division of Public Lands by Comm'rs under Act of Separation |
| 668 | 1835-10-27 Report of Commissioners to Settle Bounds between Orono and Milford |
| 669 | 1823-8-29 Deed, Commonwealth of Massachusetts to Fiske, PCRD Bk 9, p. 385 |
| 670 | 1831-2-15 Deed, Commonwealth of Massachusetts to Israel Thorndike, PCRD Bk 24, p.405 |
| 671 | 1831-1-28 Deed, Commowealth of Massachusetts to Samuel Thatcher, PCRD Bk 26, p. 387 |
| 672 | 1815-6-12 Deed, Commonwealth to Maine Literary & Theological Institution, PCRD Bk 21, p. 167 |
| 673 | 1825-12-7 Deed, Waterville College to Calvin Bailey, PCRD Bk. 12, p. 466 |
| 674 | 1834-11-7 Deed, Waterville College to Mary Wiswell, PCRD Bk 21, p. 474 |
| 675 | 1823-7-23 Deed, Commonwealth of Massachusetts to Isaac P. Haynes, PCRD Bk 11, p. 469 |
| 676 | 1827-11-11 Deed, Joseph Sewall et al to Samuel Bailey, Jr. et al. PCRD Bk 16, p. 500 |
| 677 | 1829-12-29 Deed, Commonwealth of Massachusetts to Emerson & Hammatt PCRD Bk 21, p. 497 |
| 678 | 1823-9-13 Deed, Albion Parris to Carr & Garland et al.  PCRD Bk 9, p. 403 |
| 679 | 1826-8-28 Deed, Carr to Tourtellotte PCRD Bk 19, p. 197 |
| 680 | 1820-2-14 Deed, Commonwealth of Massachusetts to Joseph Treat PCRD Bk 6, p.172 |
| 681 | 1826-9-1 Deed, Joseph Treat to Solomon Goodall PCRD Bk 14, p. 359 |
| 682 | 1826-11-21 Deed, Joseph Treat to Towle & Parsons PCRD Bk  15, p. 125 |
| 683 | 1827-3-12 Deed, Joseph Treat to Solomon Goodall PCRD Bk 17, p. 285 |
| 684 | 1828-5-30 Deed, Commonwealth of Massachusetts to Simeon Cummings PCRD Bk 21, p. 150 |
| 685 | 1824-11-11 Deed, State of Maine to Joseph Carr PCRD Bk 11, p. 163 |
| 686 | 1830-10-19 Deed,  Commonwealth of Massachusetts to Amasa Stetson PCRD Bk 23, p. 498 |
| 687 | 1834-7-3 Deed Penobscot Indian Tribe to Richard H. Bartlett et al. PCRD Bk 62, p. 455 |
| 688 | 1835-9-6 Deed Benjamin Fiske et al to Ira Wadleigh et al. PCRD Bk 73, p. 532 |
| 689 | 1840-8-17 Sheriff Execution Veazie v Purrinton US District Ct. PCRD Bk 118, p. 277 |
| 690 | 1835-6-27 Deed Penobscot Indian Tribe to Nathaniel Winslow PCRD Bk 59 p. 183 |
| 691 | 2010-1-1 Map of Comprehensive Plan, Water Resources, Town of Lincoln |
| 692 | 2013-4-1 Town of Enfield Maps |
| 693 | 1969-12-31 42 F.P.C. 1302, Bangor Hydro Project 2534 License |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 694 | 1980-12-1 EPA, A Water Quality Success Story, Penobscot River, ME |
| 695 | 1983-5-1 EPA Region 1 Environmental Management Report |
| 696 | 1981-1-29 Memo Attorney General Tierney to All Law Enforcement Officers |
| 697 | Bourque Report |
| 698 | 1994-06-01 Bisulca to Billings |
| 699 | 2009-09-22 Gould to Banks |
| 700 | 1996-03-01 U.S. Army Corps of Engineers to Scott |
| 701 | 2009-09-05 Emerson, Honey Summons |
| 702 | 2009-06-08 ME IFW permit |
| 703 | 1994-11-02 FAX Bisulca to Tartiff |
| 704 | 1994-09-09 Me DEP Permit |
| 705 | 2013-03-01 Kiosk |
| 706 | 1996-07-01 Ltr. Banks to Trip |
| 707 | 2003-09-15 Coffman Memorandum in Support |
| 708 | 2003-09-15 PN Supplemental Authority |
| 709 | 2003--09-24 Coffman PN Memo on Jurisdiction & Merits |
| 710 | 2005-03-28 Coffman, Order on Appeal |
| 711 | 2003-09-03 PN Coffman Bench Memo |
| 712 | 1991-04-16 Fish & Game Committee minutes |
| 713 | 1991-06-00 Proposed Fishing Regulations |
| 714 | 1992-02-05 Fish & Game Committee Minutes |
| 715 | 1994-06-28 Fish & Game Committee Minutes |
| 716 | 1995-12-13 Fish & Game Committee minutes |
| 717 | 2012-08-08 Fish & Game Committee minutes |
| 718 | 1981-09-09 PN General Meeting |
| 719 | 1969-01-07 PN Council Meeting |
| 720 | 1996-10-08 Membrino to FERC |
| 721 | 1993-06-24 USDOI (O_Hara) - NARF (Sockbeson) |
| 722 | 1993-08-19 USDOI (O_Hara) - NARF (Wilson) |
| 723 | 1996-06-27 DOI Kiosk Funding Proposal |
| 724 | 1951-12-18 Opinion of AAG James Frost (W4066348x7AC2E).pdf |
| 725 | 1972-06-07 Opinion of AAG John Kendrick (W4066353x7AC2E).pdf |
| 726 | 1983-03-01 Testimony of Andre G. Janelle RE LD 712 (W4066380x7AC2E).pdf |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 727 | 1983-04-27 Maine Resolves, Chapter 24 (W4066367x7AC2E).pdf |
| 728 | 1983-05-17 Letter to FERC from L. Jensen, DOI (W4066392x7AC2E).pdf |
| 729 | 1984-02-13 Easement Deed Signed by Governor Brennan (W4066384x7AC2E).pdf |
| 730 | 1997-05-29 State's Response to DOI's 1997-04-09 Filings Re P-2534 (W4066322x7AC2E).pdf |
| 731 | 1979-12-13 Ltr. Perkins to Flint w/ attached draft |
| 732 | Disc containing State Defendants' Maps 1-30 |
| 733 | Posting Island April 2014 (JBEG P4190232) |
| 734 | Posting Island April 2014 (JPEG P4190233) |
| 735 | Posting Territory April 2014 (JPEG P4170225) |
| 736 | PostingTerritory April 2014 (JPEG P4180229) |
| 737 | MacDougall Report |
| 738 | MacDougall Deposition |
| 739 | MacDougall Deposition Exhibit 1 1821 Petition of Wardwell & others |
| 740 | MacDougall Deposition Exhibit 2 Portland Daily Courier 12/16/1831 |
| 741 | MacDougall Deposition Exhibit 3 Lease, PN to Hussey et al Orson, Joe Peas & 3 other islands |
| 742 | MacDougall Deposition Exhibit 4  Thoreau Maine Woods pp 78-79 |
| 743 | MacDougall Deposition Exhibit 5 Hubbard Map |
| 744 | MacDougall Deposition Exhibit 6 May 23, 1759 & April 29, 1760 Transcription |
| 745 | MacDougall Deposition Exhibit 7 MA Resolves 1797, ch. 45 (June 23,1797) |
| 746 | MacDougall Deposition Exhibit 8 MA Acts 1811, ch. 88 |
| 747 | MacDougall Deposition Exhibit 9 MA Acts  1814, ch. 144 |
| 748 | MacDougall Deposition Exhibit 10 MA Resolves 1816, ch. 176 |
| 749 | MacDougall Deposition Exhibit 11 ME P & SL, ch 58 |
| 750 | MacDougall Deposition Exhibit 12 1833 Deed & transcription,1833 Commr's Rept & Bond |
| 751 | MacDougall Deposition Exhibit 13 ME R.S. 1841, ch. 15 |
| 752 | MacDougall Deposition Exhibit 14 ME R.S. 1857, ch. 9 |
| 753 | MacDougall Deposition Exhibit 15 ME P.L. 1866, ch. 36 |
| 754 | MacDougall Deposition Exhibit 16 ME P.L. 1873, ch. 267 |
| 755 | MacDougall Deposition Exhibit 17 ME R.S. 1903, ch. 13 |
| 756 | MacDougall Deposition Exhibit 18 1796 Treaty proceeding & transcription |
| 757 | Roy Report |
| 758 | Roy Deposition |
| 759 | Roy Deposition Exhibit 1 Notice of Deposition |

| Exhibit No. | Joint Stipulated Exhibit List |
|---|---|
| 760 | Roy Deposition Exhibit 3 CV |
| 761 | Roy Deposition Exhibit 4 Treaty of 1796 |
| 762 | Roy Deposition Exhibit 5 Treaty of 1818 |
| 763 | Roy Deposition Exhibit 6 Commissioner's report, 1833 |
| 764 | Roy Deposition Exhibit 7 Chadwick journal |
| 765 | Roy Deposition Exhibit 8 Eckstorm transcription of Chadwick Journal |
| 766 | Roy Deposition Exhibit 9 Resolve, 1796 |
| 767 | Roy Deposition Exhibit 10 Resolve, 1797 |
| 768 | Roy Deposition Exhibit 11 Plan |
| 769 | Roy Deposition Exhibit 12 Plan |
| 770 | Roy Deposition Exhibit 13 Park Holland field book, 1797 |
| 771 | Roy Deposition Exhibit 14 Resolve |
| 772 | Roy Deposition Exhibit 15 Plan |
| 773 | Roy Deposition Exhibit 16 Survey notes of James Irish |
| 774 | Roy Deposition Exhibit 17 Deed |
| 775 | Roy Deposition Exhibit 18 Deed |
| 776 | Roy Deposition Exhibit 19 Survey notes of McMillan |
| 777 | Roy Deposition Exhibit 20 Instructions to Samuel Weston |
| 778 | Roy Deposition Exhibit 21 Plan |
| 779 | Roy Deposition Exhibit 22 Instructions from Lewis to Irish |
| 780 | Roy Deposition Exhibit 23 Plan |
| 781 | Roy Deposition Exhibit 24 Deed |
| 782 | Roy Deposition Exhibit 25 Deed |
| 783 | Roy Deposition Exhibit 26 Deed |
| 784 | Roy Deposition Exhibit 27 3 Acts of Incorporation |
| 785 | Roy Deposition Exhibit 28 Acts of Incorporation |

Dated: March 20, 2015                    */s/ Kaighn Smith Jr.*
                                         Kaighn Smith Jr.
                                         James T. Kilbreth
                                         Adrianne E. Fouts
                                         Drummond Woodsum
                                         84 Marginal Way, Suite 600
                                         Portland, ME 04101-2480
                                         207-772-1941
                                         *Attorneys for Plaintiff Penobscot Nation*

                                         */s/ Steven Miskinis*
                                         Steven Miskinis, Trial Attorney
                                         U.S. Department of Justice
                                         Environment &Natural Resources Division
                                         Indian Resources Section
                                         L'Enfant Plaza Station
                                         P.O. Box 44378
                                         Washington, D.C. 20026-4378
                                         202-305-0262
                                         *Attorney for Intervenor-Plaintiff United*
                                         *States*

                                         /s/ *Gerald D. Reid*
                                         Gerald D. Reid
                                         Chief, Natural Resources Division
                                         Kimberly Patwardhan
                                         Assistant Attorney General
                                         Office of the Attorney General
                                         6 State House Station
                                         Augusta, Maine 04333
                                         207-626-8545
                                         *Attorneys for State Defendants*

                                         */s/ Catherine R. Connors*
                                         Matthew D. Manahan, Esq.
                                         Catherine R. Connors. Esq.
                                         Pierce Atwood, LLP
                                         Merrill's Wharf
                                         254 Commercial Street
                                         Portland, ME 04101
                                         207-791-1100
                                         *Attorneys for the State Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, March 20, 2015, I electronically filed the Joint Stipulated Exhibit List with the Clerk of Court using the CM/ECF system which will send notification of this filing to all parties.

Dated: March 20, 2015

*/s/ Kaighn Smith Jr.*
Kaighn Smith Jr.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
207-772-1941