Whereas the State of Maine by her Commissioner Lothrop Lewis Esq. has engaged to assume and perform all the duties and obligations of the Commonwealth of Massachusetts toward us and said tribe, whether the same arise from any writing of Indenture treaty or otherwise at present existing; And whereas said State of Maine has obtained our consent and that of our said tribe to said assumption and arrangement—

Now Know all people to whom these presents shall come, That we whose hands and seals are hereunto affixed for and in behalf of ourselves and the Penobscot tribe of Indians, so called, to which we belong & which we represent, in consideration of the premises, do hereby release to said Commonwealth of Massachusetts all claims and stipulations of what name or nature soever which we or all or any of us, or our said tribe have on or against said commonwealth, arising under any writing of indenture, treaty or otherwise, existing between said Commonwealth of Massachusetts and said Penobscot Tribe of Indians—

In witness whereof we the undersigned chiefs, captains, and men of said tribe, representing the whole thereof, have hereunto set our hands and seals this seventeenth day of August in the year of our Lord one thousand eight hundred and twenty—

Signed Sealed & delivered
in presence of us—

Wm. D. Williamson
Wm. Emerson
Joseph Treat
Stephen Y. Lewis
J. M. Blake
[illegible]

Governour John + Etien
                    his mark

Lieut. Governor John + Neptune
                       his mark

Francis × Colon Captain
         his mark

Etien + Mitchell Captain
       his mark

PN-003260

Piel $+$ Mitchell Captain  
his mark

Nicholas $+$ Tomah Captain  
his mark

Sock $+$ Joseph Captain  
his mark

Sabattis $+$ Tomah  
his mark

Piel $+$ Marie Captain  
his mark

Suasin $+$ Neptune Captain  
his mark

Awasos $+$ Mitchell Captain  
his mark

John $+$ Oson Captain  
his mark

Joseph Marie $+$ Neptune Esquire  
his mark

Joseph $+$ Plion  
his mark

Glocian $+$ Awasos  
his mark

Penobscot ss. August 17. 1820 Personally appeared the aforenamed John Elin, John Neptune, Francis Leloe, Elian Mitchel, Piel Mitchell, Socks Joseph, Piel Marie Tuassin Neptune, Awarros Mitchell, John Orson, Joseph Marie Neptune, Joseph Lion, Glorian Awarros, Nicholas Tomah, & Sabatis Tomah, subscribers to the foregoing Instrument, & acknowledged the same to be their free act & deed

Before me Wm D Williamson Jus

PN-003262