(The following copied by Miss Margaret Snow and Miss Dorothy Snow in 1935. This was copied from the original, now in the Archives in Augusta, Maine. (SGS Jr. Dec. 28, 1981).

### COUNCIL REPORT no. 17 1831 Inclosure

### Report on Indian Affairs

### Petition of John Neptune and Joseph SocBasin Penobscot tribe.

To His Excellency, Governor Smith and the honorable Council. We the subscribers, John Neptune, Lieutenant Governor & Joseph SocBasin, Delegate come here in behalf of the Penobscot Tribe of Indians & by leave, with the greatest respect, to present our statements & requests. The English people & we belong to the same great family & have one Heavenly Parent; & we & they equally love life. We now lift our eyes to you for help & encouragement.

1. There is an Island, called <u>Shad Island</u>, & some small ones near it, which belong to the Indians, lying just below Old town Island, where there are great conveniences for our Indians to take fish in the fishing season. We wish to have the whole right, of taking fish within six rods on the east side & four rods on the southerly & westerly sides of Shad Island, up as far as to the foot of Old town Island; & if anybody except Indians takes fish within the limits mentioned, he may be forced to pay five dollars.

2. There are the Islands, westerly of Mount Desert, not far from Naskeag point in Sedgwick, called <u>White island</u>, <u>Black Island</u>, and <u>Wawkeag Island</u>, <u>which the Indians have always had used for candery stoping & fishing</u>. <u>But lately some whitemen</u>

have come upon the Islands, built one house there & say to us, they will not let the Indians haul up their canoes, there; nor camp nor do any thing else there any more. We pray that all white people may be told to go away from these three Islands, & let the Indians use them, as their fathers have always done.

3. Certainly, Governor King & his good Council told us, the very year this was made a New State, that his new-formed Government would always do the same towards us as Old Massachusetts had made agreements to do. Now what they said pleased us all very well. We believed every word. Before that time, old Massachusetts gave the tribe two hundred & fifty dollars, every year, to pay our Priest. We want teaching now; Religion is good. So Old Massachusetts gave our Chiefs money to pay expenses for waiting on the Governor & Great Council at Boston; & we must request that fifty Dollars be allowed us, who have both come on purpose to see your honors & tell you our stories & complaints.

4. In ten years, now past, a great deal of our good timber has been taken away; yet we have not received much money; nor do we know what has become of it. We need it all very much. We pray that all the agents for the Indians may settle immediately; tell us how many dollars they take for looking after our affairs; & pay us the money due us, which we want very much indeed. We wish a single new agent appointed, and no more; one is enough. Because if there be more than one;

PN-003150

then more money will be taken to pay & neither do the work so well, we wish him to be appointed for only one year; & if he do well, then let him be appointed another year; & so again & again; if he be a good man, Let him give good bonds to keep a written account of every day he works for us; to settle on oath at the end of the year; & to pay us immediately all the money due us, after taking out what your honors say will pay him, we wish him to live somewhere about as near us as Bangor, & please take a smart sharp-eyed man, no owner of sawmills; no logging man; no trader.

    5. <u>All the Island in Penobscot River, from Old Town upwards belong to our Tribe</u>; <u>yet white people cut the timber & grass on some of them & pay nothing</u>. <u>Their cattle & sheep eat up all the Indians plants</u>; thus <u>they are so hurt & discouraged, they think they will never work more</u>. <u>Now we pray that all out Islands may be preserved and kept for the use of us, especially as far up the West Branch as opposite Moosehead Lake</u>. <u>Up the Piscataquis to Broad Eddy</u>; & <u>up the East Branch to its head or first ponds</u>; <u>So that if any body's creatures be found upon our Islands doing any damage or injury, they may be treated & their owners prosecuted, just as if we were white people</u>, Indians now can raise nothing  bad men & their cattle do us so much evil.

    6.  Upon the border or margin of Oldtown Island & Orson Island, & among other small islands of ours among them; the white people land and fasten a great many rafts, which plagues

us very much indeed. Now we pray our agent to be empowered to take for every thousand feet of boards or other lumber landed & fastened to said Islands two cents, for any log one cent, & if the rafts lay there two months there be paid half as much more; & if they lay their four months, then be paid double; all be paid at the beginning of the said periods; & if not so paid, the Indians shall be blameless, if they set the rafts adrift.

7. The Great Boom above Sunkhays deprives us of several Islands, spoils others by soaking them & throwing the flood wood upon them; & as the owners make a great deal of money; so we pray they give up the Islands to the Indians, as our rights, or pay us twenty dollars every year. One more thing we pray, that all the men that do us wrong be brought to justice by the agent suing always in the <u>Name of the State</u> this makes these fear. All this is important business to us; & we humbly pray for help & relief.

Portland
   Jany 25 1831

                      his mark
               John    X    Neptune
                  Lieut Govn
                      His
             Joseph Soc  X  Basin
                    mark  Delegate.

SGS/mp

# SUPPLEMENTAL
# PUBLIC COMMENTS OF THE PENOBSCOT NATION

## ON THE APPLICATION OF THE STATE OF MAINE
## TO THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## FOR THE AUTHORIZATION TO ADMINISTER THE NATIONAL
## POLLUTANT DISCHARGE ELIMINATION SYSTEM

August 21, 2000

Submitted to:
United States Environmental Protection Agency, Region I
One Congress Street, Suite 1100
Boston, Massachusetts 02114-2023

Submitted by:
Kaighn Smith, Jr., Esq.
Drummond Woodsum & MacMahon
245 Commercial Street
Portland, Me 04104-5801
(207) 772-1941
Counsel for Penobscot Nation

Co-Counsel
Mark Chavaree, Esq.
Penobscot Nation
6 River Road
Indian Island, Maine 04468
(207) 827-1123
Staff Attorney, Penobscot Nation