Case 1:12-cv-00254-GZS Document 102-3 Filed 03/20/15 Page 1 of 1 PageID #: 1197

evils which induce emigration of a serious and company redundant population.

5. Resolved, that a saving to the community of thirty-six millions of dollars, now expended annually in ardent spirit, would increase the national wealth, and of course endanger public morals, by accelerating the progress of luxury and corruption.

6. Resolved, that the attempt to restrain candidates from treating at elections and during the canvass, is a flagrant outrage upon the rights of that most whiskey-giving class of the community, as well as a grievous oppression to all courtyard patriots.

7. Resolved, that the proceedings of this meeting be published in the Bachanalian-Recorder and Toper's Journal.

GILBERT GUZZLETON, *Chairman.*
SIMEON SWIPLEY, *Secretary.*

## DAILY COURIER.

### Friday Evening,....Dec. 16, 1831.

For the Daily Courier.
### City Government--No. 2.

Among the evils complained of as resulting from the present alleged defective system of town government, are streets, badly repaired, or neglected, not lighted by night at all, a police wretchedly deficient in preserving order and enforcing the by-laws of the town, and great exposures by night to fires and depredations of property from the want of sufficient watchmen to protect our citizens during the defenceless hours of sleep. To remedy all these evils, which are truly appalling in the representation given of them, a city charter is the sovereign panacea. Change the form of government under which we have patiently endured evils till they have become insufferable, and improvements will dawn upon you apace, it is said. Under the influence of the proposed charter, the very clay of your streets will attain a consistency and firmness that will defy the power of rain and Saccarappa teams to disturb—the darkness in which they have been heretofore enveloped, will be succeeded by bright illuminations; good order will be preserved in them, and even the passions of the ungovernable and vicious will be chastened into sober regularity and honest industry under its salutary influence. Such being the vaunted advantages that are promised to flow from the proposed change, it is not surprising that many of our citizens are unwarily drawn into its support. But let us look a little at the nature of the evils complained of, with the probable means of redress that are contemplated. Are not the difficulties complained of in respect to our streets in a great degree owing to the nature of our soil, and the want of such gravel as is best adapted to make good streets? Further, is not the nature of the principal business which is done in this town and to which its present prosperity is to be ascribed, calculated to wear out our streets? That muddy streets is an evil, incidental to heavy teaming, is readily conceded. But to remedy this inconvenience shall the business be proscribed? Your city government will within the scope of its authority have power to regulate the weight of the loads that shall be drawn through your streets, and to attain the desired end, this power must be exercised to its full extent. The heavily loaded teams with lumber which are now constantly passing over your streets to the profit of our citizens and admiration of strangers, will give place to the nicely adjusted weight prescribed by the city rules. Our truckmen, in subjection to the new police, must carry but one hogshead at a time, lest the heavy loads which they are now under the necessity of drawing, should injure the streets of the well regulated city. Let the appeal be made to the truckmen themselves, who would find their advantage in good streets, and let them decide, whether they will avail themselves of this advantage, on these terms. This is a question, in which they, as a class of our citizens, are peculiarly interested, and which will doubtless receive at their hands, its due consideration. It may be said that there is no ground for such suppositions, and that we ought to have confidence that the action of the city government will be suited to existing circumstances, and that arguments urged against the

don't a Message to members of Congress.

Mr Donelson's compliments to Gen. Green, and informs him that Mr Blair will be instructed to furnish to him and the other proprietors of papers in this city, impressions of the Message in time for it to be set up the evening before its delivery, under a pledge that it is not to go out of the offices until the hour appointed for its delivery to Congress.          December 3, 1831.

Mr Green acknowledges the receipt of Major Donelson's note of this date, informing him that "Mr Blair will be instructed to furnish to him and to the other proprietors of papers in this city, impressions of the Message in time for it to be set up the evening before its delivery," and informs Mr D. that his application was made as Printer to Congress, and not as a "propriety of a paper;" and asks to remind Major D. that unless the Message is furnished at an earlier date, it will be impossible to furnish the two Houses of Congress with the usual number of copies as soon as it has been heretofore done.
Washington, 3d Dec. 1831.

December 3, 1831.
Sir—I have submitted your second application for a copy of the Message to the President, who instructs me to say in reply to it, that he does not consider you as Printer to Congress, entitled to the Message, as a public document, until it becomes such by being delivered to that body.

As editor and proprietor of a newspaper, you are placed on the same footing with others in the city, by the instructions which have been given to Mr Blair, and which you have quoted in your note.

Respectfully, yours, &c.
AND. J. DONELSON.
General DUFF GREEN.

### Oh dear! 'Grand as Cuffee.'

A correspondent of the New York Daily Sentinel, writes from Washington as follows.

"I was excessively amused the other day in passing down the Pennsylvania Avenue. I perceived a splendid coach drawn by a pair of splendid horses, and the servants, two ebonies in full livery of green and red, superb gold lace bands encircling their shining hats, and to complete the whole, furnished with breeches and *white silk* stockings!! If it had been passing down Broadway, it would have certainly been appropriated to the General of the "Fantasticals." On enquiry, I learnt that it belonged to an humble officer of the government—the *Clerk of the House of Representatives*!!!

### Fisheries of the Penobscot Indians.

The following communication is from the Boston Courier.

In the account of the Penobscot Indians lately published in your paper, I was surprised to see no mention made of the fisheries reserved to them; in respect to which the treatment of this remnant has been so honorable to the States of Massachusetts and Maine. Happening to be at Bangor in May last, when the Salmon and Shad fisheries were at their height, I found the vicinity quite in a bustle with the operations connected therewith, in addition to the receiving and despatching large quantities of lumber. A paymaster of the United States was passing at the time toward Houlton, in order, as was understood, to pay the troops employed on the roads and at the station in that quarter. I was informed that the best fishing places, were some islands, or rather rocks, (covered in high floods) in the river, which were reserved and tenaciously retained by the Indians, some of whom gained twenty dollars in one day. The best fishing stations command a thousand dollars for the season, and it was presumed some of the rocks above mentioned might bring, if offered for sale, ten thousand dollars.

The country in that direction appeared to a cursory observer to be generally improving. I was informed that the trade in split and hewn Granite, has nearly surpassed the trade in lumber, formerly so considerable from the Kennebec.

It has been stated in some of the papers lately that some disagreement had arisen between President Jackson and the Secretary of War. Nothing definite however has transpired on the subject.

The Philadelphia Inquirer (a Van Buren Jackson paper) has this paragraph:—The report acquired strength in this city yesterday, that Mr Clay had determined to decline the National Republican nomination for the Presidency.

condition of the cabinet, during the summer, and of the shattered condition of the party, at this time."

### Longevity.

The following collection of remarkable cases of longevity in this country, was furnished by a literary gentleman in Brunswick, for the Christian Mirror.

Died at Brunswick Dec. 7, 1831, widow Deborah Weston, aged nearly 102 years. She was born at Duxbury, Mass., January 12, Old Style, 1730. Her maiden name was *Simmons*, and she was probably a descendant of Moses Simmons, who lived in Plymouth in 1623, and in Duxbury in 1640. Her husband, Jacob Weston, died at Brunswick in 1822, aged 93. Her mother died at Duxbury, aged more than 100 years. She has a brother, William Simmons, now living in Duxbury, aged 96 or 98; and a sister, Mrs. Oldham of Waldoborough, aged 94 years. She left two sons and a daughter, far advanced in years; the daughter, Mrs. Kent, and her son, Jacob, residing in Duxbury. In her last years her mental powers had failed her. She was not a public professor of religion.

There are some, though but few, who reach as great an age, as Mrs. Weston attained. In the last century it is believed, there died in New Hampshire 26 persons, who were 100 years old, and upwards. Of these 12 were 100 years old. 1 was 101, 2 were 102, 2 were 103, 2 were 105, 1 was 106, 107, 108, 110, 115, 116, 120; namely, widow Anna Glover, Pelham, 106; Mrs. Belknap, Atkinson, 107; John Buss, Durham, 108; Wm. Scoby, Londonderry, 110; Robert Macklin, Wakefield, 115, Wm. Perkins, New Market, 116; Zaccheus Lovewell, Dunstable, 120.

In the present century, in the last 31 years, there have died in New Hampshire 62 persons, 100 years old and upwards. Of these 24 were 100 years old; 17 were 101; 8 were 102; 3 were 103; 2 were 104; 6 were 105; 1 was 106; 1 was 112; namely Samuel Welch, of Bow, who died in 1823.

In Massachusetts Ephraim Pratt died at Shutesbury in May 1804, aged 116 years. In Pennsylvania Francis Ange died in 1767, aged 134. In North Carolina Matthias Bayled died in 1789 aged 136; he was baptised, when 134.

The oldest persons, known in England, were Thomas Parr, who died in 1635, aged 152, and Henry Jenkins, who died in 1760, aged 169.

In Maine, John Gilley died at Augusta July 9, 1813, supposed to have been aged 124 years. At Harpswell, on Great Island, died a few years since, Mr.          Birthright, aged 110 years.

Two such lives, as that of Mrs. Weston, would reach back to the first settlement at Boston in 1680. When she was born, there were in the United States about half a million of inhabitants; she lived till they had increased to 12 millions, that is, to 24 times the number found here, when she was born. Reckoning the number of inhabitants on the earth at 600 millions and a generation at 30 years, while she has lived, *twenty hundred millions* of human beings have died. Who can estimate the depth and breadth of this tide of human existence, which, in her day, has passed into the ocean of eternity? And what will it profit a man, who is to live not only twenty hundred millions of centuries, but *forever*, "if he should gain the whole world, and *lose his own soul?*"

*Wreck and loss of lives.*—A gentleman who reached town on Monday evening from Patchogue, L. Island, about 60 miles from Brooklyn informs us that the schr. Alexander, capt. Holden, (as the name was understood to be,) went ashore at Blue Point about 16 miles East of Fire Island inlet, on Sunday the 4th inst. and has since bilged. She was from Belize, Honduras, bound to Boston, with a cargo of hides, mahogany, dyewoods, cochineal, &c. and $4,000 dollars in specie. The principal part of her cargo, including all the specie, is saved. The vessel had been out 56 days, and those on board had been ten days on short allowance; they having but forty biscuit left when she struck the beach. The schr. went on stern foremost, and struck very badly. A lady of Boston, the mate and two of the crew were lost. The lady expired in the captain's arms. The captain, a lady, and three hands, reached the shore in safety, though much frozen.

The survivors took shelter in a hut on the beach hills, covered themselves with leaves, &c. and were found there the next morning by some of the inhabitants, by whom they were with difficulty removed to Mr Johnson's house and made as comfortable as circumstances would permit. The mate and the two deceased hands

[right column, partially cut off]

There the Sylp ing the l the coast bine. that the officers a *Gaz.*

*Office of th*
PHILA
public ar correct a coal on h isting cir the Lehi compelle convince he if any the very ceived, a therefore

On th proper to disposed of coal, making a that no s in Philad such, sin apprehen

By ord
JC

Mr Mo report, p pliment t

The pr chant in period o most seve the great amount o due in th sent year unpaid. one millio ties from governme lest the v be less th

We ha mount of port, sinc governme *red and f* sum 430, the gov from this greater in ture to st try.—*Bo*

*Membe*
remarkal gress a B two or th some ha appear q they wen descende much h cares of on him, resentati although are Hei Member decidedl *tense*, ye look of c that his they wil opportun

PN-005340

Daily Courier (Portland, ME) Friday, Dec. 16th 1831 pages 2/2.