COUNCIL MEETING

October 29, 1970
7:30 P.M.

Present:
Gov. Francis Ranco
Michael Ranco
Daniel Mitchell
Francis Mitchell
John Sapiel
Nicholas Sapiel
Pauline Love

Wilfred Pehrson
Beatrice Phillips
Rita Nicola
Theresa Snell
Glen Lolar
Irving Ranco

Redacted

PN-006694

2

Redacted

Motion made by Theresa Snell, seconded by Daniel Mitchell to have the Hunting ordinances read as follows:

1. An annual open season on deer and moose on reservation lands during the period from October 1 to November 30.
2. A season limit of one deer and one moose to each licensed Indian hunter from reservation lands, in addition to the regular statewide season limit of one deer taken on other than reservation lands.
3. Beaver trapping season by Tribal members only on reservation lands during the months of November and December.
4. Enforcement of all hunting and trapping regulations promulgated under Section 2301, Title 12, Sub-section 3, affecting Indians on their reservation lands, shall be by Indian Constables.
5. Open season on non-migratory game birds from October 1 to November 30 annually.
6. Deer will be transported by Route 43, 16, 116 and 2 back to the reservation.
   Deer tagging stations will be established at the Tribal Clerk's office on your reservation at Old Town.
   Clerk shall receive the same fee for tagging of deer as other towns.  11 in favor  1 abstained         Voted and carried

Redacted

Motion made by John Sapiel that Nicholas Sapiel, Michael Ranco and John Sapiel go to Augusta to discuss the Hunting ordinances with Inland Fisheries and Game. Seconded by Theresa Snell.
12 in favor                                    Voted and carried

Redacted

Motion made by Nicholas Sapiel to adjourn, seconded by Michael Ranco.  12 in favor                      Voted and carried
                                    Adjourned 9:40 P.M.

                                    Helen Goslin,
                                    Tribal Clerk