GENERAL MEETING

November 28, 1972
Time: 7:05 P.M.

Present: Gov. Matthew Sappier, Rep. Vivian Massey
Council: Lorraine Nelson, Eva Bisulca, Beatrice Phillips, Nicholas Sapiel, Harry Francis, Frederick Nicola, Ernest Goslin, Nicholas Dow, Wilfred Pehrson

Redacted

John Sapiel made a motion that no non-Indian shall hunt, fish or trap on tribal lands. Seconded by Wilfred Pehrson  17 in favor  opposed 0

Wilfred Pehrson made a motion to adjourn. Seconded by Ernest Goslin

Adjourned 8:55 P.M.
Helen Goslin,
Tribal Clerk

PN-006696