GENERAL MEETING

July 8, 1975
Time: 7:25 P.M.

Present: Gov. Nicholas Sapiel, Lt. Gov. Peter Neptune
Council:  Edwin Mitchell, Francis Mitchell, Emma DeCora, Martin Neptune

Redacted

Redacted

Motion made by Nicholas Papiel, seconded by James Sappier that the Penobscot Tribe have our own game warden appointed by the Governor and Council under the Fish and Game Department.   Voted and carried

Motion made by John Mitchell that non-residents of the Penobscot Tribe would have to secure a permit from the Tribal clerk to set up duck blinds on Indian lands for the duration of the duck season.  Fee $5.
                                                                  Voted and carried

Redacted

A motion was made to adjourn by Ernest Goslin, Seconded by John Mitchell
                                                       Voted and carried

                                             Adjourned  10:50 P.M.

                                             Helen Goslin,
                                             Tribal Clerk