Office of the Chief and Council
Indian Island



Community Building
Indian Island
Old Town, Maine 04468

GENERAL MEETING
October 28, 1978
2:00 p.m.

The General Meeting was called for the purpose of reviewing and approving the Ordinances of the Fish and Game Department.

MOTION
Stanley Neptune made a motion that an Indian shall not be required to possess a State of Maine resident Indian License when hunting and trapping on Reservation lands. Seconded by Dana Mitchell
VOTED- 14 In Favor    22 Against    MOTION DENIED - (DELETE)

MOTION
James Sappier made a motion to accept item #3 of the Fish and Game Ordinances on Indian hunters as written. Seconded by Timothy Love
VOTED - 16 against    17 In Favor    VOTED AND CARRIED

MOTION
James Sappier made a motion accept item #4 as written. Seconded by Sebastian Francis Sr.
VOTED - 16 In Favor    17 Against    MOTION DENIED - (DELETE)

MOTION
Nicholas Sapiel made a motion that we accept item #5 as written. Seconded by Michael Sapiel
VOTED - 16 In Favor    17 Against    MOTION DENIED - (DELETE)

(5a was included)

MOTION

Dana Mitchell made a motion that we table all transactions until every member on the census list has been notified and to set a time for a General Meeting. Also, Ruebin Phillips is to be alerted in order to pass out all of the information to off reservation Indians. Seconded by Nicholas Sapiel.
VOTED - 17 in favor    15 against    VOTED AND CARRIED

MOTION
Nicholas Sapiel Sr. made a motion to adjourn Seconded by Nicholas Sapiel Jr.

ADJOURNED 4:00 p.m.
Edwin Mitchell
Lt. Governor

PN-006700