

Office of the Chief and Council
Indian Island

Community Building
Indian Island
Old Town, Maine 04468

GENERAL MEETING                                           1:55 P.M.
MARCH 17, 1979

PRESENT:  Governor Wilfred Pehrson, Tom Tureen, Negotiating Committee
          Members, Andy Akins, Tim Love, Reuben Phillips, James Sappier

Governor Pehrson asked that all people keep material handed out confidential.

> Redacted

MOTION

Neil Phillips made a motion that we shall go through 12 parts of the
Negotiating Committee's recommendations with a vote of confidence, if
any one part is not accepted the Negotiating Committee will go back
and bring back one that may be agreeable.  Seconded by Sam Sapiel

Majority voted to approve motion.

MOTION

Dana Mitchell made a motion to reject number 1 as written.  Seconded by
Martin Neptune.

Majority voted to disapprove motion.

MOTION

Debbie Sapiel Ewer made a motion to accept number 1 as written. Seconded
by Peter Neptune, Jr.

Majority voted to approve motion.

MOTION

Clara Jennings made a motion to cancel this meeting and put proposal package
out in a referndum vote.  Seconded by Joan Mitchell.

Majority voted to approve motion.

Meeting adjourned at 5:30 p.m.