

**PENOBSCOT NATION**

TRIBAL ADMINISTRATION

COMMUNITY BUILDING
INDIAN ISLAND, MAINE 04468
TEL.: 207/827-7776

June 19, 1979

Honorable Cecil D. Andrus
Secretary of Interior
Washington, D.C.

Dear Mr. Secretary:

    We are writing in response to your June 15, 1979 telephone call in which you indicated that the White House staff is unwilling to ask the President to provide sufficient funds to purchase at fair market value the 300,000 acres which our tribes were to receive under the Joint Memorandum of Understanding.  This being the case, we ask that you, as our trustee, immediately ask the White House to forward legislation to Congress to effectuate Part A of the Joint Memorandum, and ask the Justice Department to proceed at once with litigation against the State of Maine and the large landholders as contemplated by Part B of that Memorandum.  As our patience in this matter has grown short, we must know from you by June 29, 1979 whether the Administration is prepared to honor its commitments to us by carrying out this request.  If we have not received a satisfactory response by that date, we will take appropriate action.

Sincerely,

*[signature]*

The Passamaquoddy/Penobscot Negotiating Committee

*Gov Harold J Lewey*
*Gov Wilfred [Pakessa]*
*Gov Robert S Newell*
*Lt Gov [Edwin Nelson]*
*Lt. Gov. Carl [Nicholas]*
*Albert Dana*
*[Reuben] E. Phillips*
*James D. Sappier*

*Timothy R. Love*
*Lt Gov Clive Dore*
*Alley [signature]*

PN-000916