

Office of the Governor and Council  
　Wilfred Pehrson,  
　　Governor  
　Edwin Mitchell,  
　　Lt. Governor  
　Timothy Love,  
　　Representative

Community Building  
Indian Island  
Old Town, Maine 04468  
(207) 827-7776

RESOLUTION TO ESTABLISH A  
COURT OF INDIAN OFFENSES  
FOR THE PENOBSCOT INDIAN NATION

WHEREAS, a critical question exists as to the State of Maine's authority to assert criminal jurisdiction on the Penobscot Indian Reservation; and,

WHEREAS, the recent court decision State v. Dana, Slip Opinion, No. Was-78-3 (Me. July 3, 1979), and, federal recognition of the Tribe calls for immediate action to resolve jurisdictional issues; and,

WHEREAS, there is an immediate concern by the members of the Penobscot Nation for effective law enforcement to protect lives, property, and peace; and,

WHEREAS, at a General Meeting of the Penobscot Indian Nation held on August 16, 1979 regarding a Tribal Court System to provide for the judicial needs of the Penobscot Reservation;

NOW, THEREFORE, BE IT RESOLVED that the Tribal Council is given authority to establish a court system pursuant to 25 C.F.R. Part 11, as a temporary measure; provided however that the Tribal Council submit any proposed modifications of the court provisions set out in 25 C.F.R. Part 11 for approval at a General Meeting, and provided that the Tribal Council move as rapidly as practical toward establishment of a tribal court system, provided, however, that no such tribal court system be established without approval given at a general meeting.

### CERTIFICATION

I, the undersigned as Governor of the Penobscot Indian Nation, do hereby certify that at a General Meeting of the Penobscot Indian Nation that the foregoing resolution was duly adopted by an affirmative vote of those present at that General Meeting.

_____  
Governor, Penobscot Nation

ATTEST: _____  
Tribal Clerk, Penobscot Nation