Office of the Chief and Council  
Indian Island



Community Building  
Indian Island  
Old Town, Maine 04468

GENERAL MEETING  
SEPTEMBER 27, 1979

7:22 P.M.

Meeting opened at 7:22 p.m.

This Meeting is pertaining to establishment of a Tribal Court.

1. Question by Dana Mitchell as to whether persons off-reservation were notified of the meeting.
   Response by Governor was that persons were notified in the normal manner. Governor read section of the "blue book" that pertains to calling general meetings. Notices only needed to be posted at the Governor's office and one conspicuous place.

2. Governor stated that the purpose of the meeting was to establish a system for handling law and order; specifically a court system.

3. Motion by Joseph Francis to continue the meeting. Seconded by Dean Francis.

   VOTE - 19 in favor  13 opposed

4. Dana Mitchell wanted it known that he feels that proper notice was not given to all general members.

5. John Sapiel commented that the off-reservation members are not being notified. He feels that the people have lost something by not being notified.

6. Governor read off minutes of the last general meeting that stated that the motion to notify all members was defeated.

7. Comment on the judicial system by Dana Mitchell. Feels that the current administration is not doing a job of keeping the Nation on what he considers to be the right course. Called the Council incompetent, being led around, not making decisions on their own.

8. Issue by Stanley Neptune of who gives the Council the authority to establish a court system. Again reiterated that all general members should be notified.

9. Governor stated that those who criticize should develop solutions instead of complaining about all matters.

10. Other comments by Clara Jennings and Carol Dana.

11. Governor stated that the measure to be taken at this meeting is a temporary action until a study period could be completed.

PN-010650

2

GENERAL MEETING                                                              7:   P.M.
SEPTEMBER 27, 1979

12. Tim explained that the Maine Courts have forced us into taking action now because of recent rulings. What is adopted here now can be changed once we find what fits our needs. Explained the past vote on establishing a C.F.R. Court, found out that we could establish a Tribal Court, establishing the said court on our own, utilizing BIA funds. The Administration has put together a proposal, to be used as a temporary measure.

13. Issue was raised about judges. Comment was made that no one on the reservation was competent or qualified enough to be a judge.

14. Other comments about law and order and the fear of people because we do dot have an established system.

15. The Council was questioned, more like being grilled, by Dana Mitchell on their experience in law and order, the judicial system, etc.

16. Governor responded again, that details will be worked out after the temporary measures are approved.

17. Motion by James Sappier to proceed with the purpose of the motion. Seconded by Al Sapiel - discussion was brought forth on the matter.

    VOTE - 31 in favor   2 opposed

18. Tim Love started to explain the system that the administration is proposing that the Nation adopt as a <u>temporary measure.</u>

    Steps:
Criminal    1. Laws - Temporary (6 months - 2 years)
               A. Indian Bill of Rights - this is automatically applied to us as a federally recognized Tribe
               B. Maine - Title 29 - Motor Vehicles
               C. Maine - Title 17A - Criminal Code
               D. Maine - Title 12 - Fish and Wildlife
               E. Penobscot Ordinances - Title 22 Sec. 4701 -4793 (Blue Book)

Civil        A. Probate
             B. Domestic
             C. Regulatory
             D. Sanitary
             E. Environmental
             F. Other applicable civil laws

<u>Juvenile Code</u>
<u>Indian Child Welfare Act</u>

3

GENERAL MEETING                                              7:‍ P.M.
SEPTEMBER 27, 1979

II. Maine Civil and Criminal Procedure
    A. Forum

III. Penalties
     A. Sentences
     B. Fines
     C. Restitution

IV. Penobscot Indian Nation Judicial Advisory Committee (PINJAC)

    The purpose is to review the temporary measures that are adopted, over a two year period, on changing the temporary laws through recommendations to the Council and then being brought to the general members for approval.



Redacted

4

GENERAL MEETING                                                          7:22 P.M.
SEPTEMBER 27, 1979

Redacted

26. Question on whether our Tribal Court will have jurisdiction in matters under the Indian Child Welfare Act. It is thought that the Tribal Court would have jurisdiction over cases involving Penobscot children off the reservation.

27. Discussion of crimes and where persons are tried. Non-Indians would go to Federal Court, Indians on minor crimes go to Tribal Court and major crimes go to Federal Government.

28. The question was raised on whether a constitution is being written. The Governor responded no.

29. Motion by Emma Francis to accept the presentation with the following, that the laws be temporary, that any article be subject to alteration as suggested by the committee to Tribal members. That the committee be increased to a number of 7 Tribal members; 2 Tribal Council, 2 members at large, 1 safety committee, 2 traditionals. That right to legal representation be included both paid and court appointed. That the committee bring all charges to the Tribe in general election by a secret ballot as a whole system to be made permanent if the Tribe so desires. That notice of such election be both on and off reservation. That a judge be sought statewide and the most fair and impartial experienced judge be paid by the Tribe. That 2 days a week be set aside at a predestined local court for cases to be heard. Seconded by Jean Chavaree.

    VOTE - FOR (12)   OPPOSED (13)

30. Nick Sapiel, Sr. offered his resignation from the Public Safety Board.

31. Much discussion on what is a traditional Indian. No clear definition.

32. Discussion on whether to adopt any part of the presentation now.

33. Suggestion that we adopt the recommendations for an interim time period - 30 days to 6 months - and have the committee bring back recommendations.

34. Suggestion that we be tried, judged, defended and prosecuted by our own peers (namely Penobscots).

35. Too many points and questions were presented in the motion specified in Number 29.

PN-010653

5

GENERAL MEETING　　　　　　　　　　　　　　　　　　　　　　　7:  P.M.
SEPTEMBER 27, 1979

36. Motion by Vivian Massey to accept the recommended presentation with a 7 member board. Seconded by Eunice Baumann-Nelson.

   VOTE - FOR (22)  OPPOSED (6)  ABSTAIN (2)

37. Motion by Irene McDougall that the final vote to accept the final laws be by on and off reservation Penobscots. Seconded by Vicky Almenas.

   VOTE - UNANIMOUS

38. Motion by Tim Love that the committee be composed of 2 Council members, 2 Public Safety Board members and 3 members at large. Seconded by Mike Ranco. Motion withdrawn.

39. Motion by Vicky Almenas that the seven member committee be composed of no more than 2 elected officials and 5 members at large. Seconded by George Tomer.

   VOTE - UNANIMOUS

40. Nomination by Beth Sockbeson that <u>Vivian Massey</u> be put on the Committee. Seconded by Ernest Goslin.
   Nomination by Mike Ranco that <u>Jerry Pardilla</u> be put on the Committee. Seconded by Tim Love.
   Nomination of <u>Jean Chavaree</u> by Nicholas Sapiel. Seconded by Ernest Goslin.
   Nomination of <u>George Tomer</u> by Irving Ranco. Seconded by Tim Love.
   Nomination of <u>Irene McDougall</u> by Emma Francis. Seconded by Nick Sapiel.
   Nomination of <u>Dana Mitchell</u> by Pat ALmenas. Seconded by Irene McDougall.
   Nomination of <u>Francis Sapiel</u> by Ernest Goslin. Seconded by John Sapiel.
   Nomination of <u>Stanley Neptune</u> by Lorraine Nelson. Seconded by Cindy Francis.
 * Nomination of <u>Pat Almenas</u> by Irene McDougall. Seconded by Lorraine Nelson.
   Nomination of <u>Carol Dana</u> by Vicky Almenas. Seconded by Pat Almenas.
   Nomination of <u>John Sapiel</u> by Lorraine Nelson. Seconded by Pat Almenas.
   Motion by Nick Sapiel that nominations cease. Seconded by Vivian Massey.
   VOTE - UNANIMOUS

41. Motion by John Sapiel to delay the vote on the 7 member committee until Friday evening, September 28, 1979. Seconded by Pat Almenas.
    The Governor ruled that the mostion was out of order because the motion of #39 was passed and that we were authorized to nominate and vote tonight.

42.. Much discussion on whether the nominating of the 7 member committee should continue.

43. Motion by Pat Almenas that the four persons nominated on 9/27/79 be retained as nominees and that fliers be sent out on 9/28/79 advertising all 7 positions on the Judicial Advisory Committee and that names be submitted to the Governor's Office to be voted on at a general meeting.
    Motion denied by the Governor for the same reason as given in #41.

* NOMINATIONS CEASED AT THIS POINT BUT RESUMED AFTER #'S 41, 42 & 43.

PN-010654

6

GENERAL MEETING                                                                   7:  P.M.
SEPTEMBER 27, 1979

Motion by John Sapiel that if one of the persons elected does not elect
to take the appointment, then the next highest will assume the appointment.
Seconded by Jerry Pardilla.

VOTE - UNANIMOUS

| PERSON NOMINATED | # OF VOTES | STANDING |
|---|---|---|
| Vivian Massey | 16 | run off |
| Jerry Pardilla | 20 | 2 |
| Jean Chavaree | 22 | 1 |
| George Tomer | 15 | |
| Irene McDougall | 20 | 3 |
| Dana Mitchell | 15 | |
| Francis Sapiel | 13 | |
| Stanley Neptune | 16 | run off |
| Pat Almenas | 16 | run off |
| Carol Dana | 18 | 4 |
| John Sapiel | 17 | 5 |

| Run off | 1st run off | 2nd run off | 3rd run off | Standing |
|---|---|---|---|---|
| Vivian Massey | 13 | 14 | 15 | 7 |
| Stanley Neptune | 13 | 14 | 13 | |
| Pat Almenas | 19 | | | 6 |

| Run off if someone else drops out | |
|---|---|
| George Tomer | 16 |
| Dana Mitchell | 8 |

Motion by Tim Love that the PINJAC recommend at least 8 persons as judges to
the Governor and Council for 5 judges:  3 appellate, 1 chief, 1 associate
and the Council will appoint and fix the salary scale and any other matter
pertaining to the court.  Seconded by Ernest Goslin.

VOTE - FOR (15)   OPPOSED (8)

Motion by Jim Sappier to set up their own criteria for operating business.
Seconded by Ronnie Paul.

VOTE - UNANIMOUS

Motion by Tim Love that the PINJAC draft a criteria for selecting judges
by the next regular Council Meeting.  Seconded by Donald Paul.

VOTE - UNANIMOUS

Motion by Mike Ranco to give the PINJAC a vote of confidence.
Seconded by Tim Love.

VOTE - UNANIMOUS

                                        ADJOURNED AT 12:50 A.M.