| STANDARD FORM 26, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41CFR) 1-16.101 | AWARD/CONTRACT | PAGE 1 OF |
|---|---|---|

| 1. CONTRACT (Proc. Inst. Ident.) NO. S50C14200154 | 2. EFFECTIVE DATE 10/01/79 | 3. REQUISITION/PURCHASE REQUEST/PROJECT NO. | 4. CERTIFIED FOR NATIONAL DEFENSE UNDER BDSA REG. 2 AND/OR DMS REG. 1. RATING: |
|---|---|---|---|

| 5. ISSUED BY   CODE | 6. ADMINISTERED BY (If other than block 5)   CODE | 7. DELIVERY [X] FOB DESTINATION  [ ] OTHER (See below) |
|---|---|---|
| Bureau of Indian Affairs, Eastern Area Office, Branch of Contracts and Grants, 1951 Constitution Avenue, N.W. Washington, D.C. 20240 | ORIGINAL | |

| 8. CONTRACTOR NAME AND ADDRESS   CODE      FACILITY CODE | 9. DISCOUNT FOR PROMPT PAYMENT |
|---|---|
| Penobscot Indian Nation<br>Community Building - Indian Island<br>Old Town, Maine, 04468 | N/A |
| | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO ADDRESS SHOWN IN BLOCK 5 |

| 11. SHIP TO/MARK FOR   CODE | 12. PAYMENT WILL BE MADE BY   CODE |
|---|---|
| | Bureau of Indian Affairs, Eastern Area Office, Branch of Finance and Accounting - Code 1000 1951 Constitution Avenue, N.W. Washington, D.C. 20240 |

| 13. THIS PROCUREMENT WAS [ ] ADVERTISED, [X] NEGOTIATED, PURSUANT TO: | [ ] 10 U.S.C. 2304 (a)( )  [X] 41 U.S.C. 252 (c)( ) 10 (15) 25 USC 13 & 25 USC 450 (638) |
|---|---|

14. ACCOUNTING AND APPROPRIATION DATA

See Attached Listing

| 15. ITEM NO. | 16. SUPPLIES/SERVICES | 17. QUANTITY | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| | <u>COST-REIMBURSABLE CONTRACT</u><br><br>For the operation of the Reservation Programs for the Penobscot Indian Nation located in the State of Maine, for Fiscal Year 1980.<br><br>This cost-reimbursable contract consists of this Face Sheet and the following:<br><br>Part 100 - Work Statement<br>Part 200 - Special Provisions<br>Part 300 - General Conditions<br>Attachment "A", Contractor's Plan of Operation and the Budget. | | | | $585,587.00 |
| | | | | TOTAL AMOUNT OF CONTRACT $ | 585,587.00 |

CONTRACTING OFFICER WILL COMPLETE BLOCK 22 OR 26 AS APPLICABLE

| 22. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___/original___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached; or incorporated by reference herein. (Attachments are listed herein.) | 26. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ___, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 23. NAME OF CONTRACTOR<br>BY _[signature]_<br>(Signature of person authorized to sign) | 27. UNITED STATES OF AMERICA<br>BY _Edward J. Gregory_<br>(Signature of Contracting Officer) |
| 24. NAME AND TITLE OF SIGNER (Type or print)<br>Wilfred Pehrson, Tribal Governor | 25. DATE SIGNED<br>9-19-79 | 28. NAME OF CONTRACTING OFFICER (Type or print)<br>Edward J. Gregory, Contracts and Grants Officer, Eastern Area Ofc. | 29. DATE SIGNED<br>OCT 12 19 |

BUDGET
F.Y. 1980
PENOBSCOT INDIAN NATION

| APPROPRIATION AND PROGRAM | DIRECT COSTS | INDIRECT COSTS | TOTAL |
|---|---|---|---|
| 1. Agricultural Extension<br>S50-06/0/3215/2168 | $ 15,100.00 | $ 3,060.00 | $ 18,160.00 |
| 2. Employment Development<br>S50-06/0/3715/3365 | $126,700.00 | $15,927.00 | $142,627.00 |
| 3. Forestry<br>S50-06/0/3815/5290 | $ 57,300.00 | $11,502.00 | $ 68,802.00 |
| 4. Housing<br>S50-06/0/3215/2435 | $ 55,300.00 | $11,502.00 | $ 66,802.00 |
| 5. Wildlife and Parks<br>S50-06/0/3815/5790 | $ 77,200.00 | $16,058.00 | $ 93,258.00 |
| 6. Law Enforcement Program<br>S50-06/0/3215/2361 | $ 70,000.00 | $14,560.00 | $ 84,560.00 |
| 7. Real Estate Services<br>S50-06/0/3415/4290 | $ 92,200.00 | $19,178.00 | $111,378.00 |
| Sub-Total Direct Costs ...... | $493,800.00 | | |
| 8. Indirect Costs ...........................<br>S50-06/0/3215/2664 | | $91,787.00 | |
| TOTAL.......................................................... | | | $585,587.00 |

PN-008995

Office of the Governor and Council
Wilfred Pehrson,
Governor
Edwin Mitchell,
Lt. Governor
Timothy Love,
Representative



Community Building
Indian Island
Old Town, Maine 04468
(207) 827-7776

CONTRACT FOR

1. Agricultural Extension
2. Employment Development
3. Forestry
4. Housing Imporvement Program
5. Law Enforcement Program
6. Real Estate Services
7. Wildlife and Parks

BY THE
PENOBSCOT NATION

September 5, 1979

PN-008996

PENOBSCOT NATION
FISH & GAME DEPARTMENT



MUNICIPAL BUILDING
INDIAN ISLAND, MAINE 04468
TEL.: 207/827-6233
DISPATCHERS 207/827-7188

PENOBSCOT NATION
WILDLIFE AND PARKS
NARRATIVE FY80

SCOPE OF WORK

During the 1980 fiscal year, the Wildlife and Parks personnel was charged with the responsibilities of maintaining peace, order, public safety, conservation and Fish and Wildlife Laws north of Indian Island. This area includes 146 to 199 islands lying in the Penobscot River. The islands vary in size from less than 1 acre to 1400 acres. They also run through 17 townships and two counties. The duties of the personnel include the enforcement of Tribal State, and Federal Fish and Wildlife Laws, as well as enforcement of criminal laws. While enforcing these various laws, Wildlife and Parks personnel were also responsible for compiling information about Fish and Wildlife activities, as well as water quality and fire control on the Reservation lands and waterways.

WORK PLAN

The Wildlife and Parks program gathered data on the muskrat, a fur bearing animal which is common to the Penobscot River. After taking a survey of the river as well as taking down information from local Indian trappers this Department recommeded to the Governor and Council to close the fall trapping season to the taking of fur bearing animals (muskrat). Also recommended to the Governor and Council by this Department, was the tagging of all fur bearing animals in order to collect further data of these species.
The Penboscot waterway is part of the natural flight pattern for migrating waterfowl. During the duck hunting season many hours have been spent in the enforcement of trespass complaints on Reservation Lands. Some of these waterfowl nest on the Penobscot Reservation during the summer months. As there are Federal Laws governing migratory birds, State and Federal Wardens assist our personnel during this season.
During the winter months, this Department logs many hours checking hunting camps and recreational areas for vandilism, burgulary, theft, etc., While doing this, Wildlife and Parks personnel also enforce snowmobile regulations as well as handle all off road accident investigations on the Penobscot lands. Many hours are spent investigating dog-deer complaints. Not only are there reports of domestic dogs chasing deer, but there is a severe increase of coyote reports. As several of the Penobscot Islands have deer yards many hours are spent monitering these yards to ensure the safety and well being of the White Tailed Deer.



PENOBSCOT NATION
FISH & GAME DEPARTMENT

MUNICIPAL BUILDING
INDIAN ISLAND, MAINE 04468
TEL.: 207/827-6233
DISPATCHERS 207/827-7188

Due to a price hike in the fur market, there has been an increase in the number of trappers. Wildlife and Parks personnel monitor all trapping seasons closely. Beaver trappers are checked regularly for violations, as well as to monitor for statistical reasons. Due to the number of bear taken the season was closed early. There are several other fur bearing animals taken each year, such as mink, otter, raccoon, fox, etc. To monitor these animals as to increase, and decline, this Department recommends tagging of all fur bearing animals.

The Fiddlehead Fern is an edible plant that grows in abundance on Reservation islands and is subjected to the encroachment by non-Penobscots. Many tribal members supplement their livelihood gathering the fiddlehead fern and taking it to market. Wildlife and Parks personnel also monitor the reservation lands for trespassers who continue to gather these ferns without obtaining a permit from this Department.

Fishing and boating along with the litter laws are enforced during the summer months. We monitor the spring salmon run very closely as we have had reports of salmon poaching along the Penboscot River. Boating activities are also monitored very closely for violations on the Penobscot River because there seems to be an increase in this activity.

Deer and moose hunting seasons are monitored from Oct. 1 thru Nov. 30 with respect to the tagging of these animals. Data collected consists of the sex, size, and age of all species, and where the animals were taken from.

TRAINING

The training for our personnel for FY80 consisted of the following:
SPECIAL TRAINING
8 weeks criminal Investigator School (1 officer)
15 Weeks typing school (all personnel)
Continuous Physical Training
Basic Police School (1 officer)
Waterfowl & Mammal I.D. Classes
Law Enforcement classes at U of M (all personnel)
IN-SERVICE TRAINING
1. Self-Defense
2. Use of Police Baton & P.R. 24 Monadock
3. Arrest & Handcuffing Techniques
4. Firearms Training/Qualifications
5. Management Courses

COORDINATION

The Warden Supervisor is held accountable as to the administration of the Wildlife and Parks program. Monthly activity reports are submitted to the Governor and Council. The Warden Supervisor is held responsible for ensuring



PENOBSCOT NATION
FISH & GAME DEPARTMENT

MUNICIPAL BUILDING
INDIAN ISLAND, MAINE 04468
TEL.: 207/827-6233
DISPATCHERS 207/827-7188

that all personnel are working their scheduled hours along with keeping all Wildlife and Parks vehicles and equipment in top working order. A continuing effort is put in as to the training of Wildlife and Parks personnel as to enable them to handle all situations they may encounter. The jurisdiction issue has been the biggest setback for this Department in FY80. The positive boundry lines and waterway jurisdiction is as yet to be settled. By just having the presence of Wildlife and Parks personnel on the Penobscot lands has been a deterent to crime. But by not having a sound book of laws to go by has opened the door for some, to question the actions of Wildlife and Parks personnel. During FY80 a budget cut prevented a proposed expansion in the Wildlife Management Area, and without an increase for the FY81 contract it puts a burden on the Wildlife Management Plan now in its preliminary stage.

PN-008999

WILDLIFE AND PARKS

Scope of Work

The work to be performed will be to enforce state, tribal and federal laws and ordinances related to hunting, fishing, boating, snowmobiling, etc., including the apprehension and prosecution of violators. In addition contract funds will be utilized in the promotion of wildlife conservation and environmental protection and the performance of search and rescue work.

Work Plan

1. To enforce fish, game, environmental, boating, snowmobile, trapping and criminal state, federal, and tribal laws and ordinances.

2. To protect natural resources and identify conservation needs.

3. To investigate hunting, fishing, boating, wildlife and off-highway snowmobile accidents.

4. To check camps and recreational properties (especially during the winter months) for indications of breaking, entering and larceny and to prosecute the person(s) responsible for such actions.

5. To provide appropriate training for the personnel.

6. To maintain and revise, as necessary, adequate records and reports.

Coordination

Recently the Tribal Council consolidated the Fish and Game and Police Departments into the Department of Public Safety/Protection as a means of improving the efficiency of the Tribal Administration. The Director of this Department will be responsible for ensuring that the work plan is completed, for coordinating appropriate activities, functions and administrative procedures with other tribal agencies/departments and for assisting and cooperating with other agencies whenever needed.

Personnel System

The Penobscot Nation has a personnel system which includes policies and procedures for job classification, compensation, recruitment, condition of employment and grievances.

Each program director for the above contracts performs the following

duties for the Penobscot Governor and Council:

1. Establish detailed program goals and objectives and develop a plan of operation for implementation. This is to be submitted to the Governor and Council for approval.

2. Implement the program as approved by the Governor and Council inlcuding the employment of staff.

3. Carry out all administrative functions necessary to the proper management of the program.

4. Provide the Governor and Council with monthly activity and financial status reports and any other required reports.

Equipment and Facilities

All the equipment and facilities needed to carry out each contract, but presently not available are listed in the itemized budgets for each program. Office space for each program will be made available in the appropriate Tribal buildings - municipal, housing or community building.

Accountant's Certification

ATTACHED.

Property Management

The program directors are responsible for the safekeeping of all program equipment and will list and mark for identification all non-expendable items. Equipment will then be assigned in writing to individual employees. The Tribal Administration has the overall responsibility of assuring that appropriate records are kept and monitoring conformance to the contract.

Payment

A letter of credit will be obtained to secure an advance of funds. Treasury checks are to be mailed directly to the attention of the Governor of the Penobscot Nation.

Bank Account

A separate bank account titled, Penobscot Indian Nation - BIA Funds, Account Number        has been opened at the Merrill Trust Company, 1 North Main Street, Old Town, Maine 04468, for the funds to be received under this this contract.

PN-009001

Contract Term

    Contract term - One Year

    Proposed Starting Date - October 1, 1979

Administration

Governor: The Penobscot Governor is the Chief Executive Officer of the Penobscot Nation. The Governor's responsibilities are to carry out the directives of the Tribal Council, to oversee all functions and programs on the reservation and to advocate and protect the rights of Penobscot tribal members.

Lieutenant Governor: The Penobscot Lieutenant Governor serves in the absence of the Governor and performs duties assigned by the Governor.

Tribal Administrator: The Penobscot Tribal Administrator is responsible directly to the Governor and Tribal Council. The main duties are to administer the day to day activities of tribal programs through meetings, monitoring, planning, providing technical assistance, and through other methods and assignments provided by the Governor and Tribal Council.