UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
NORTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Maine,<br><br>Defendant. | Civil No. 1966-ND |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Maine,<br><br>Defendant. | Civil No. 1969-ND |

### Affidavit of Leo M. Krulitz

Leo M. Krulitz, being first duly sworn on oath, deposes and states:

1. I am the Solicitor of the United States Department of the Interior.

2. As Solicitor I have participated in settlement negotiations on behalf of the United States in the above-entitled cases.

3. The position of the United States in settlement negotiations is as stated in the United States' Memorandum in Support of Motion to Stay, filed September 10, 1979. That memorandum was approved by me prior to its filing.

DATED: Oct. 11, 1979

Leo M. Krulitz
Solicitor
Department of the Interior

Subscribed and sworn to before me this 11th day of October, 1979.

My Commission expires: April 29, 1983

Notary Public