## STATE OF MAINE

In House

Ordered, Whereas, this Legislature has before it Senate Paper No. 827, Legislative Document No. 2037, "AN ACT to Provide for Implementation of the Settlement of Claims by Indians in the State of Maine and to Create the Passamaquoddy Indian Territory and Penobscot Indian Territory," and is presently considering its passage; and

Whereas, this bill is the foundation for the future relationship of the State and its citizens and Maine's Indians; and

Whereas, this bill is of unusual significance and importance because of the basic principles it establishes and its future ratification by the United States Congress; and

Whereas, the significance of this bill warrants preservation of certain documents in an accessible manner to aid in explaining the Legislature's understanding and intent in considering this legislation; now, therefore, be it

Ordered, the Senate concurring, that the following documents relating to Senate Paper No. 827, Legislative Document No. 2037, "AN ACT to Provide for Implementation of the Settlement of Claims by Indians in the State of Maine and to Create the Passamaquoddy Indian Territory and Penobscot Indian

Territory" be placed in the Legislative files:

1. The report of the Joint Select Committee on Indian Land Claims; and

2. The transcript of the hearing of the Joint Select Committee on Indian Land Claims, including the statement of the Honorable James B. Longley and the memorandum to the committee from Maine Attorney General Richard S. Cohen, dated March 28, 1980; and be it further

Ordered, that each of the documents specified in this Order be prepared and printed in the Legislative Record under the direction of the Director of Legislative Research.

(Mrs. Post)
NAME: Bonnie Post

TOWN: Owls Head

COSPONSORED BY:
(Collins) *Jamuelle Collins*
NAME:

COUNTY: Knox

IN SENATE CHAMBER

APR 3 1980

READ AND PASSED
IN CONCURRENCE
MAY M. ROSS, Secretary

HP2055