PENOBSCOT NATION
DEPARTMENT OF
NATURAL RESOURCES

JOHN S. BANKS, DIRECTOR

6 RIVER ROAD
INDIAN ISLAND
OLD TOWN, ME 04468
TEL: 207/827/7776
FAX: 207/827/6042

April 18, 1994

Mr. Peter Borque
Director, Fisheries and Hatcheries
Maine Dept. Inland Fisheries and Wildlife
State House Station 41
Augusta, ME 04333

Dear Peter,

We would appreciate receiving copies of the following materials at your earliest convenience:

1. All 1994 bass fishing tournament <u>applications</u> received and <u>permits</u> issued to date for the Penobscot River and tributaries.
2. The most updated listing available of 1994 bass tournaments permitted thus far on all waters of the State.
3. All 1994 fishing derby/tournament (i.e. other than one-day bass tournament items) applications received and permits issued to date for the Penobscot River and tributaries.
4. All 1994 commercial eel fishing applications received and permits issued to date for the Penobscot River and tributaries.
5. Any State intra-departmental or inter-departmental memoranda or other correspondence that is pertinent to the issuance of any 1994 bass tournament, fishing derby/tournament or eel fishing permit (including any comments or recommendations from Dept. Marine Resources or Atlantic Sea Run Salmon Commission).

In addition, we would appreciate copies of any additional applications for 1994 bass tournaments, fishing tournaments/derbies, or commercial eel fishing, which your office receives through the remainder of the 1994 permitting season for each of these activities, as well as any subsequent permits issued to these applicants and any pertinent Departmental memoranda or correspondence.

Thank you in advance for you time and consideration in these matters. Please feel free to contact me (827-7776, ext. 230) if you should have any questions regarding these requests.

Sincerely yours,

Clemon W. Fay
Fisheries Manager
Penobscot Indian Nation

3772