Name of applicant  Maine Live Fish Inc/Gerald Crommett  Daytime Phone 207-732-3504

| Waters (stream, river, lake, etc.) | Towns | County |
|---|---|---|
| Penobscot River | | |
| Piscataquis River | | |
| Birch Stream and Pushaw Stream | | |

Name  Maine Live Fish Inc./Gerald Crommett
Address  P.O. Box 48
City  Passadumkeag  State  Maine  Zip  04475

Please type or print legibly - this is your mailing label

Gear to be used:
- ☐ Weir
- ☒ Pot
- ☐ Seine
- ☐ Dipnet
- ☐ Trapnet

Bid for weir $ $38.00       Date 4/6/94

If weir: I certify that I have contacted and received permission from the landowner/owners to install a weir on their property.

Name(s) Gerald Crommett     Address Passadumkeag Me
x /s/ Gerald Crommett                04475 Box 48

---

**FOR DEPARTMENT USE ONLY**

Approved ✓   Denied _____   Signature /s/ JmB   Date 4/22/94

**PERMIT**  **STATE OF MAINE**
Department of Inland Fisheries and Wildlife   No. #32

| TYPE OF PERMIT: TAKING OF EEL Title 12, MRSA Section 7153 | Effective Date 4/22/94 | Expiration Date 12/31/94 |
|---|---|---|

Location where authorized activity may be conducted:

Waters listed above.

Additional conditions:  This permit does not give the permittee the right to place fishing gear on private property against the wishes of the property owner. The portions of the Penobscot River and submerged lands surrounding the islands in the river are part of the Penobscot Indian Reservation and eel pots should not be placed on these lands without permission from the Penobscot Nation.

Signature of authorized agency representative /s/ Peter M. Bourque
Title  Director Fisheries & Hatcheries
Date  4-22-94

F