

John R. McKernan, Jr.
*Governor*

Ray B. Owen, Jr.
*Commissioner*

## DEPARTMENT OF INLAND FISHERIES AND WILDLIFE
Telephone (207) 287-3371

May 3, 1994

John S. Banks, Director
Penobscot Nation
Department of Natural Resources
6 River Road
Indian Island
Old Town, Maine 04468

Dear John:

Sorry for the delay in responding to Clem Fay's request. Enclosed please find information regarding 1994 Bass Tournaments permitted on all waters of the state as well as the specific permits (2) that involve the Penobscot River. These 2 permits provide for 6 weigh-in tournaments on the river. The first one being the May 1st tournament which you referred to over the phone. In addition, I have enclosed a copy of the only Eel Potting permit that we have issued to date for the Penobscot River.

Clem's request also asked for Eel Fishing permits for tributaries to the Penobscot. It is unclear exactly what areas he is referring to. In addition, his request for inter-departmental memoranda or other correspondence regarding the issuance of 1994 Bass Tournaments/fishing derbies or eel fishing permits and related documents, will be very difficult and time consuming to carry out.

Peter Bourque was attempting to determine whether or not that information could be complied before responding to Clem.

If I can be of any help feel free to call on me.

Sincerely,

Frederick B. Hurley Jr.
Director
Bureau of Resource Mgt.

FBH:dl