# APPLICATION TO TAKE EEL IN THE STATE OF MAINE

Name of applicant **CHARLES MESSER**    Daytime Phone **723-4550**

| Waters (stream, river, lake, etc.) | Towns | County |
|---|---|---|
| MILLINOCKET LAKE | T1R1, T2R8 | PENOBSCOT |
| WEST BRANCH PENOBSCOT R. N.TWIN-STONE DAM | T3 I.P., MILLINOCKET | PENOBSCOT |
| W.B.P.R. STONE DAM - DOLBY DAM | MILLINOCKET | PENOBSCOT |
| W.B.P.R. MEDWAY DAM - WELDON DAM | MEDWAY, MOLUNKUS, WOODVILLE | PENOBSCOT, AROOSTOOK |

Name **CHARLES MESSER**
Address **2 KATAHDIN AVE. EXT.**
City **MILLINOCKET** State **ME.** Zip **04462**

Please type or print legibly - this is your mailing label

Gear to be used:
- ☐ Weir
- ☑ Pot
- ☐ Seine
- ☑ Dipnet
- ☑ ~~Trapnet~~ **FIKE NET**

Bid for weir $ _____    Date _____

If weir: I certify that I have contacted and received permission from the landowner/owners to install a weir on their property.

Name(s) _____    Address _____

---

**FOR DEPARTMENT USE ONLY**    Fee: $40.00

Approved ✓ Denied _____ Signature **PMB**    Date **6/27/94**

**PERMIT — STATE OF MAINE**
**Department of Inland Fisheries and Wildlife**    No. **#72**

| TYPE OF PERMIT: TAKING OF EEL Title 12, MRSA Section 7153 | Effective Date 6/28/94 | Expiration Date 12/31/94 |
|---|---|---|

Location where authorized activity may be conducted:
Waters listed above.
1. Not more than 2 trap nets per water.
2. Not more than 50% of a stream channel should be boocked by the net.
3. Gear shuold be tended daily.

Additional conditions:
This permit does not give the permittee the right to place fishing gear on private property against the wishes of the property owner. The portions of the Penobscot River and submerged lands surrounding the islands in the river are part of the Penobscot Indian Reservation and eel pots/nets should not be placed on these lands without permission from the Penobscot Nation.

Signature of authorized agency representative: **Peter M Bourque (LP)**
Title: Director Fisheries & Hatcheries
Date: **6-28-94**

**PLEASE FORWARD YOUR APPLICATION TO:**

Maine Department of Inland Fisheries & Wildlife
Fisheries Division
284 State Street, Station #41
Augusta, ME  04333

**THE PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS:**

1. Eel weirs and trapnets shall not be installed prior to <u>August 1</u> and shall be completely removed from the stream not later than <u>November 30</u> each year.

2. To permit migration of other species, the weir/trapnet shall be left open from <u>8 a.m. E.S.T.</u> to <u>sunset</u> daily where the water is the deepest.

3. If the weir is constructed with wood or metal, slats or vertical bars shall have minimum slat openings of not less than 1/2 inch.

4. All unattended gear shall be clearly labelled with permittee's name and address.

5. If eel pots are used they shall not form a barrier across a waterbody and live fish shall not be used as bait.

6. If eel pots are used, four waterbodies may be listed on each permit.

7. Species other than eels shall be released daily upon tending of gear.