

PENOBSCOT NATION
DEPARTMENT OF
NATURAL RESOURCES

6 RIVER ROAD
INDIAN ISLAND
OLD TOWN, ME 04468
TEL: 207/827/7776
FAX: 207/827/6042

## ATLANTIC SALMON SUSTENANCE PERMIT

**NAME:** Watie Akins　　　　　　　　　　**PERMIT NUMBER:** 9081

P.O. Box 302　　　　　　　　　　**DOB:** 5/20/34

Old Town, ME 04468　　　　　　**HT:** 6'0"　**WT:** 230

BY VIRTUE OF THIS PERMIT, THE ABOVE NAMED INDIVIDUAL IS ALLOWED TO TAKE ATLANTIC SALMON ON THE WATERS OF THE PENOBSCOT RESERVATION IN ACCORDANCE WITH TRIBAL LAWS AND REGULATIONS SUBJECT TO RESTRICTIONS.

**RESTRICTIONS:**

ALL FISH TAKEN ARE TO BE REPORTED TO PIN/DNR IN ACCORDANCE WITH TRIBAL ORDINANCE CHAPTER VII, SECTION 15-E.

**ISSUED BY:** _[signature]_　　　　**ISSUANCE DATE:** 5/5/98
John S. Banks, Director
Natural Resources　　　　　　　**EXPIRATION DATE:** 10/15/98

PN-005452