PN-006707

Exhibit D
