UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PENOBSCOT NATION<br><br>    *Plaintiff*,<br><br>UNITED STATES OF AMERICA, on its own behalf, and for the benefit of the Penobscot Nation,<br><br>    *Plaintiff-Intervenor*,<br><br>    v.<br><br>JANET T. MILLS,<br>Attorney General for the State of Maine;<br>CHANDLER WOODCOCK,<br>Commissioner for the Maine Department<br>of Inland Fisheries and Wildlife; and<br>JOEL T. WILKINSON,<br>Colonel for the Maine Warden Service; each in his/her official capacity,<br><br>    *Defendants*,<br><br>CITY OF BREWER, et al.,<br><br>    *Intervenor-Defendants*. | Civ. Action No. 1:12-cv-00254-GZS |

**NOTICE OF INTERESTED PARTIES**

Pursuant to Fed. R Civ. P 7.1, the *amici curiae* state that no party to their brief, filed herewith, is a publicly-held corporation, issues stock, or has a parent corporation.

Dated this 29th day of April, 2015

1

*/s/ L. Scott Gould*

L. Scott Gould
25 Hunts Point Road
Cape Elizabeth, Maine 04107
(207) 799-9799
sgould@maine.rr.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2015, I electronically filed the foregoing Notice of Interested Parties with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ L. Scott Gould*
Attorney for *Amici Curiae*