**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **PENOBSCOT NATION et al.,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil No. 1:12-cv-254-GZS** |
| ) | |
| ) | |
| **JANET T. MILLS, Attorney General for** ) | |
| **the State of Maine, et al.,** ) | |
| **Defendants,** ) | |

## JUDGMENT

In accordance with the Order on Cross-Motions for Summary Judgment and the Order on the Pending Motions of State Intervenors entered on December 16, 2015 by U.S. District Judge George Z. Singal, Declaratory Judgment is entered as follows:

(1)     In favor of the State Defendants to the extent that the Court hereby declares that the Penobscot Indian Reservation as defined in MIA, 30 M.R.S.A. § 6203(8), and MICSA, 25 U.S.C. § 1722(i), includes the islands of the Main Stem, but not the waters of the Main Stem; and

(2)     In favor of the Penobscot Nation and the United States to the extent that the Court hereby declares that the sustenance fishing rights provided in section 30 M.R.S.A. § 6207(4) allows the Penobscot Nation to take fish for individual sustenance in the entirety of the Main Stem section of the Penobscot River.

CHRISTA K. BERRY
CLERK


By:     /s/Lindsey Caron
        Deputy Clerk


Dated: December 16, 2015